# Exhibit 1

## 128G SD 16 GAMES

Legend of Zelda: Link Awakening
Astral Chain
Mario Tennis Aces
Pokemon Sword
Luigi's Mansion 3
Pokemon Shield
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Xenoblade Chronicles 2
Sonic Forces
Octopath Traveler
Kirby : Star Allies
Super Mario Maker 2

## 200G SD 25 GAMES

Legend of Zelda: Link Awakening
Astral Chain
Mario Tennis Aces
Pokemon Sword
Luigi's Mansion 3
Pokemon Shield
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Assassin's Creed III Remastered
Octopath Traveler
Final Fantasy IX
Diablo III: Eternal Collection
Overcooked 2
Stardew Valley
Xenoblade Chronicles 2
Captain Toad Treasure Tracker
Hollow Knight
Just Dance 2019
ARMS
Donkey Kong Country Tropical Freeze
Hyrule Warriors: Definitive Edition
Super Mario Maker 2

## 256G SD 35 GAMES

Legend of Zelda: Link Awakening
Astral Chain
Mario Tennis Aces
Pokemon Sword
Luigi's Mansion 3
Pokemon Shield
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Xenoblade Chronicles 2
Assassin's Creed III Remastered
Octopath Traveler
Just Dance 2019
Diablo III: Eternal Collection
Final Fantasy XII: The Zodiac Age
Mario + Rabbids Kingdom Battle
Yoshi's Crafted World
Overcooked 2
Hollow Knight
Rocket League
NBA 2K19
FIFA 19
Captain Toad Treasure Tracker
Donkey Kong Country Tropical Freeze
Kirby Star Allies
Bayonetta 2
ARMS - Nintendo Switch
Sonic Force
Mega Man X Legacy Collection
The Elder Scrolls V: Skyrim
Monster Hunter Generations Ultimate
Fire Emblem Warriors
Super Mario Maker 2

