# Exhibit 2


Case 2:20-cv-00738   Document 1-2   Filed 05/15/20   Page 2 of 2

## 128G SD 16 GAMES

Pokemon Sword
Pokemon Shield
Luigi's Mansion 3
Super Mario Party
Splatoon 2
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Xenoblade Chronicles 2
Sonic Forces
Octopath Traveler
Kirby : Star Allies
Overcooked 2
Diablo III: Eternal Collection

## 200G SD 25 GAMES

Pokemon Sword
Pokemon Shield
Luigi's Mansion 3
Super Mario Party
Splatoon 2
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Assassin's Creed III Remastered
Octopath Traveler
Final Fantasy IX
Diablo III: Eternal Collection
Overcooked 2
Stardew Valley
Xenoblade Chronicles 2
Captain Toad Treasure Tracker
Hollow Knight
Just Dance 2019
ARMS
Donkey Kong Country Tropical Freeze
Hyrule Warriors: Definitive Edition
The Elder Scrolls V: Skyrim 14
Monster Hunter Generations Ultimate

## 256G SD 35 GAMES

Pokemon Sword
Pokemon Shield
Luigi's Mansion 3
Super Mario Party
Splatoon 2
Pokémon: Let's Go, Pikachu!
The Legend of Zelda: Breath of the Wild
Super Smash Bros. Ultimate
Super Mario Odyssey
Mario Kart 8 Deluxe
Xenoblade Chronicles 2
Assassin's Creed III Remastered
Octopath Traveler
Just Dance 2019
Diablo III: Eternal Collection
Final Fantasy XII: The Zodiac Age
Mario + Rabbids Kingdom Battle
Yoshi's Crafted World
Overcooked 2
Hollow Knight
Rocket League
NBA 2K19
FIFA 19
Captain Toad Treasure Tracker
Donkey Kong Country Tropical Freeze
Kirby Star Allies
Bayonetta 2
ARMS - Nintendo Switch
Sonic Force
Mega Man X Legacy Collection
The Elder Scrolls V: Skyrim
Monster Hunter Generations Ultimate
Fire Emblem Warriors
Golf Story
Dark Souls Remastered



## 512G SD 60 GAMES

Pokemon Sword
Pokemon Shield
Luigi's Mansion 3
Bayonetta 2
Donkey Kong Country: Tropical Freeze
Diablo III: Eternal Collection
Mario Kart 8 Deluxe
Splatoon 2
Super Mario Odyssey
Super Smash Bros. Ultimate
The Legend of Zelda: Breath of the Wild
Rocket League
Kirby : Star Allies
Overcooked
 Golf Story
Octopath Traveler
Dark Souls Remastered
Captain Toad: Treasure Tracker
Final Fantasy XII: The Zodiac Age
Fire Emblem Warriors
Stardew Valley
Puyo Puyo Tetris
Mario + The Lapins Crétins : Kingdom Battle
Disgaea 5 Complete
VOEZ
Snake Pass
Sid Meier's Civilization VI
The Elder Scrolls V: Skyrim
Travis Strikes Again: No More Heroes
Doom
Final Fantasy IX
Final Fantasy VII
GO Vacation
Dark Souls: Remastered
Dragon Quest Heroes 1 & 2
 Crash Bandicoot N. Sane Trilogy
Hollow Knight
 Ultra Street Fighter II : The Final Challengers
Super Mario Party
Into the Breach
Fast RMX
Mario Tennis Aces
Sonic Mania
Hyrule Warriors : Definitive Edition
SteamWorld Dig 2
Shovel Knight
The Binding of Isaac : Afterbirth †
ARMS
Starlink: Battle for Atlas
 DreamWorks Dragons Dawn of New Riders
Minecraft
Transistor
Fire Emblem: Three Houses
Super mario maker2

## Continuous Update!

 

 

