# Exhibit 3

Astral Chain
MARVEL ULTIMATE ALLIANCE 3: The Black Order
Super Mario Maker 2
DRAGON QUEST BUILDERS 2
Legend of Zelda: Link Awakening
Super Smash Bros. Ultimate
Mario Kart 8 Deluxe
New Super Mario Bros. U Deluxe
Super Mario Odyssey
Super Mario Party
Pokémon: Let's Go, Pikachu!
MY HERO ONE'S JUSTICE
Splatoon 2
Yoshi's Crafted World
Fitness Boxing
Eevee!
The World Ends with You: Final Remix
Xenoblade Chronicles 2: Torna ~ The Golden Country
Overcooked! 2
Fire Emblem: Three Houses

Captain Toad: Treasure Tracker
Mario Tennis Aces
ARMS
FINAL FANTASY XII THE ZODIAC AGE
Valkyria Chronicles 4
Monster Hunter Generations Ultimate
OCTOPATH TRAVELER
Xenoblade Chronicles 2
Hyrule Warriors: Definitive Edition
Fire Emblem Warriors
Dead Cells
Redout
Team Sonic Racing
Crash Team Racing Nitro-Fueled
Bloodstained: Ritual of the Night
Collection of Mana
Kirby Star Allies
Mortal Kombat 11
Donkey Kong Country: Tropical Freeze
Bloodstained: Ritual of the Night

**512G Preinstall SD CARD  Part 3**

Diablo III: Eternal Collection
Bayonetta 2
Mario + Rabbids: Kingdom Battle
Attack on Titan 2: Final Battle
The Elder Scrolls V: Skyrim
Pokken Tournament DX
Assassin's Creed III Remastered
Crash Bandicoot N. Sane Trilogy
Little Friends: Dogs & Cats
Dark Souls: Remastered
1-2-Switch
Wolfenstein II: The New Colossus
Mega Man 11
Just Dance 2019
Sonic Forces
LEGO: Marvel Super Heroes 2
Rocket League: Collector's Edition
NBA 2K19
My Hero One's Justice
Harvest Moon: Light of Hope Special Edition
The Binding of Isaac: Afterbirth+

## Newest Games

### Luigi's Mansion 3
### Pokemon Sword
### Pokemon Shield

