# APPENDIX A: WORKS IN SUIT

|   | Claimant/Plaintiff | Game Title | Copyright Registration Number | Defendants' Websites |
|---|---|---|---|---|
| 1 | Nintendo of America Inc. | Animal Crossing: New Horizons | PA 2-233-840 | FLASHCARDA.COM |
| 2 | Nintendo of America Inc. | ARMS | PA 2-038-228 | ANXCHIP.COM<br>FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 3 | Nintendo of America Inc. | Captain Toad: Treasure Tracker | PA 2-138-114 | ANXCHIP.COM<br>FLASHCARDA.COM<br>NX-CARD.COM<br>MOD3DSCARDS.COM<br>USACHIPSS.COM |
| 4 | Nintendo of America Inc. | Donkey Kong Country: Tropical Freeze | PA 2-128-734 | ANXCHIP.COM<br>FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 5 | Nintendo of America Inc. | Luigi's Mansion 3 | PA 2-213-908 | ANXCHIP.COM<br>FLASHCARDA.COM<br>NX-CARD.COM<br>MOD3DSCARDS.COM<br>USACHIPSS.COM |
| 6 | Nintendo of America Inc. | Mario Kart 8 Deluxe | PA 2-051-900 | ANXCHIP.COM<br>FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 7 | Nintendo of America Inc. | New Super Mario Bros. Deluxe | PA 2-179-319 | FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 8 | Nintendo of America Inc. | Splatoon 2 | PA 2-047-788 | FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 9 | Nintendo of America Inc. | Super Mario Maker 2 | PA 2-213-509 | ANXCHIP.COM<br>FLASHCARDA.COM<br>NX-CARD.COM<br>MOD3DSCARDS.COM<br>USACHIPSS.COM |

| 10 | Nintendo of America Inc. | Super Mario Odyssey | PA 2-062-889 | ANXCHIP.COM<br>FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| --- | --- | --- | --- | --- |
| 11 | Nintendo of America Inc. | Super Mario Party | PA 2-140-681 | ANXCHIP.COM<br>FLASHCARDA.COM<br>NX-CARD.COM<br>MOD3DSCARDS.COM<br>USACHIPSS.COM |
| 12 | Nintendo of America Inc. | The Legend of Zelda Link's Awakening | PA 2-212-311 | ANXCHIP.COM<br>FLASHCARDA.COM<br>MOD3DSCARDS.COM |
| 13 | Nintendo of America Inc. | The Legend of Zelda: Breath of the Wild | PA 2-028-142 | ANXCHIP.COM<br>FLASHCARDA.COM |
| 14 | Nintendo of America Inc. | Yoshi's Crafted World | PA 2-197-776 | ANXCHIP.COM<br>FLASHCARDA.COM<br>NX-CARD.COM<br>MOD3DSCARDS.COM<br>USACHIPSS.COM |