

United States District Court
Western District of Washington

| NINTENDO OF AMERICA INC. | Case Number: 2:20-cv-738 |

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

V.

DOES 1–20, d/b/a ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Alison I. Stein hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NINTENDO OF AMERICA INC.

The particular need for my appearance and participation is:

To assist in the representation of Plaintiff in this matter, Nintendo of America Inc.

I, Alison I. Stein understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/15/2020          Signature of Applicant: s/ Alison I. Stein

**Pro Hac Vice Attorney**

Applicant's Name: Alison I. Stein

Law Firm Name: Jenner & Block LLP

Street Address 1: 919 Third Ave.

Address Line 2: Floor 38

City: New York   State: NY   Zip: 10022

Phone Number w/ Area Code: (212) 891-1600   Bar #: 4787230   State: NY

Primary E-mail Address: astein@jenner.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Alison I. Stein is unable to be present upon any date assigned by the court.

Date: 05/15/2020   Signature of Local Counsel: s/ Michael P. Brown

Local Counsel's Name: Michael P. Brown

Law Firm Name: Gordon Tilden Thomas & Cordell LLP

Street Address 1: 600 University Street, Suite 2915

Address Line 2: _____

City: Seattle   State: WA   Zip: 98101

Phone Number w/ Area Code: (206) 467-6477   Bar #: 45618



## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  05/15/2020     Signature  s/ Alison I. Stein
*(Pro Hac Vice applicant name)*