UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1−20, d/b/a ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO.  2:20-cv-738 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

This Disclosure Statement is filed on behalf of Plaintiff Nintendo of America Inc. ("Nintendo").  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and W.D. Wash. Local Rule 7.1, Nintendo makes the following disclosures:

    1.    Nintendo is a wholly-owned subsidiary of Nintendo Co., Ltd., a publicly-traded company organized under the laws of Japan.

    2.    No other publicly traded company owns more than 10% of Nintendo's stock.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1
No.

**GORDON TILDEN THOMAS CORDELL**  600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 15th day of May, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   */s/ Michael Brown*
    Michael Rosenberger, WSBA #17730
    Michael P. Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    mrosenberger@gordontilden.com
    mbrown@gordontilden.com

**JENNER & BLOCK LLP**
Attorneys for Plaintiff

By   */s/ Alison I. Stein*
    Alison I. Stein (*Pro Hac Vice* Pending)
    Cayman C. Mitchell (*Pro Hac Vice* Pending)
    919 Third Avenue, 38th Floor
    New York, NY 10022
    Tel: 212.891.1600
    astein@jenner.com
    cmitchell@jenner.com

    Christopher S. Lindsay (*Pro Hac Vice* Pending)
    633 West 5th Street, Suite 3600
    Los Angeles, CA 90071
    Tel: 213.239.5100
    dsinger@jenner.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2
No.

**GORDON TILDEN THOMAS CORDELL** | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477