AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC Western District of Washington<br>700 Stewart Street<br>Seattle, Washington |
|---|---|---|
| DOCKET NO.<br>2:20-cv-00738 TSZ | DATE FILED<br>5/15/2020 | |
| PLAINTIFF<br>NINTENDO OF AMERICA INC. | | DEFENDANT<br>DOES 1-20, d/b/a ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>William M McCool | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>5/19/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## EXHIBIT A: WORKS IN SUIT

|    | Copyright Registration No. | Title of Work | Author of Work |
|----|---|---|---|
| 1  | PA 2-233-840 | Animal Crossing: New Horizons | Nintendo of America Inc. |
| 2  | PA 2-038-228 | ARMS | Nintendo of America Inc. |
| 3  | PA 2-138-114 | Captain Toad: Treasure Tracker | Nintendo of America Inc. |
| 4  | PA 2-128-734 | Donkey Kong Country: Tropical Freeze | Nintendo of America Inc. |
| 5  | PA 2-213-908 | Luigi's Mansion 3 | Nintendo of America Inc. |
| 6  | PA 2-051-900 | Mario Kart 8 Deluxe | Nintendo of America Inc. |
| 7  | PA 2-179-319 | New Super Mario Bros. Deluxe | Nintendo of America Inc. |
| 8  | PA 2-047-788 | Splatoon 2 | Nintendo of America Inc. |
| 9  | PA 2-213-509 | Super Mario Maker 2 | Nintendo of America Inc. |
| 10 | PA 2-062-889 | Super Mario Odyssey | Nintendo of America Inc. |
| 11 | PA 2-140-681 | Super Mario Party | Nintendo of America Inc. |

| 12 | PA 2-212-311 | The Legend of Zelda Link's Awakening | Nintendo of America Inc. |
| 13 | PA 2-028-142 | The Legend of Zelda: Breath of the Wild | Nintendo of America Inc. |
| 14 | PA 2-197-776 | Yoshi's Crafted World | Nintendo of America Inc. |