The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO.  2:20-cv-00738-TSZ <br><br> PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF <br><br> NOTED: June 4, 2020 |

Plaintiff Nintendo of America Inc. respectfully requests leave to file a 16-page brief in support of its Motion for Leave to Serve Process by Alternative Means ("Alternative Service Motion").  Good cause exists to allow the oversize filing.

The Alternative Service Motion seeks leave to serve a number of foreign Doe Defendants—collectively operating eight separate websites—by email, as none of the Defendants has revealed their identities nor have they maintained a physical presence where personal service can be made.  To justify the relief sought, Plaintiff has established a factual and legal basis for alternative service as to the Defendants operating each of the eight Websites.

PLAINTIFF'S MOTION TO FILE OVERSIZE BRIEF - 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Further, to establish these factual predicates, Plaintiff has described in detail the efforts it has expended in an attempt to determine the identities and locations of Defendants. Plaintiff also sets forth the specific efforts that Defendants have made to maintain anonymous presences strictly online (rather than physical presences) and to evade detection and enforcement— including after the filing of this Complaint—thus making it impossible to perfect service other than by electronic means. Finally, Plaintiff has set forth in detail the various ways that certain Defendants have already taken actions after the filing of this lawsuit demonstrating their awareness of the lawsuit. For these reasons, Plaintiff respectfully requests leave to file an oversized brief.

PLAINTIFF'S MOTION TO FILE OVERSIZE BRIEF - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

| | |
|---|---|
| Respectfully submitted: | Respectfully submitted: |
| **GORDON TILDEN THOMAS & CORDELL LLP** | **JENNER & BLOCK LLP** |
| */s/ Michael P. Brown*_____ | */s/ Alison I. Stein*_____ |

Michael Brown, WSBA #45618
Michael Rosenberger, WSBA 1730
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101
Telephone: (206) 467-6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)*
919 Third Avenue
38th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA  90071
Tel:  (213) 239-5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

*\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

PLAINTIFF'S MOTION TO FILE OVERSIZE BRIEF - 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477