The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> PRAECIPE |

TO:   THE CLERK OF THE COURT

Plaintiff is refiling the Proposed Order accompanying *Plaintiff's Motion for Leave to File An Oversized Brief*, previously filed at Dkt. 12-1, due to the fact that the incorrect Proposed Order was inadvertently attached to the original filing.

DATED this 4th day of June, 2020.

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

 /s/ Michael P. Brown
Michael Brown, WSBA #45618
Michael Rosenberger, WSBA 1730
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101
Telephone:  (206) 467-6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

Presented by:

**JENNER & BLOCK LLP**

 /s/ Alison I. Stein
Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)
919 Third Avenue
38th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA  90071
Tel:  (213) 239-5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

*\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

PRAECIPE - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477