The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO.  2:20-cv-00738-TSZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF <br><br> NOTED: June 4, 2020 |

This matter came before the Court on Plaintiff's Motion for Leave to File an Oversized Brief in support of its Motion for Leave to Serve Process by Alternative Means.  The Court, having considered Plaintiff's submission, and for good cause shown, now orders as follows:

Plaintiff's Motion is GRANTED.

Dated: _____

_____
Honorable Thomas S. Zilly
United States District Judge

PROPOSED ORDER - 1
No. 2:20-cv-00738

**GORDON**
**TILDEN**
**THOMAS**
**CORDELL**

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| Presented by: | Presented by: |
| **GORDON TILDEN THOMAS & CORDELL LLP** | **JENNER & BLOCK LLP** |
| /s/ Michael P. Brown | /s/ Alison I. Stein |
| Michael Brown, WSBA #45618 | Alison I. Stein (*Pro Hac Vice*) |
| Michael Rosenberger, WSBA 1730 | Cayman C. Mitchell (*Pro Hac Vice*) |
| One Union Square | 919 Third Avenue |
| 600 University Street, Suite 2915 | 38th Floor |
| Seattle, WA 98101 | New York, NY 10022 |
| Telephone: (206) 467-6477 | Telephone: (212) 891-1600 |
| mrosenberger@gordontilden.com | Facsimile: (212) 891-1699 |
| mbrown@gordontilden.com | astein@jenner.com |
| | cmitchell@jenner.com |
| | Christopher S. Lindsay (*Pro Hac Vice*) |
| | 633 West 5th Street |
| | Suite 3600 |
| | Los Angeles, CA 90071 |
| | Tel: (213) 239-5100 |
| | clindsay@jenner.com |
| | *Attorneys for Plaintiff Nintendo of America Inc.* |

*\*Admitted only in Massachusetts, not admitted in New York. Practicing under the supervision of the partnership of Jenner & Block LLP*

PROPOSED ORDER - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477