The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> ANXCHIP.COM, et al., <br><br> Defendants. | NO.  2:20-cv-00738-TSZ <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF |

This matter came before the Court on Plaintiff's Motion for Leave to File an Oversized Brief, docket no. 12.  Plaintiff's Motion is GRANTED.  Plaintiff's Alternative Service Motion shall not exceed 16 pages.

DATED this 5th day of June, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 1
No. 2:20-cv-00738

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| Presented by: | Presented by: |
|---|---|

**GORDON TILDEN THOMAS & CORDELL LLP**

**JENNER & BLOCK LLP**

 */s/ Michael P. Brown*_____
Michael Brown, WSBA #45618
Michael Rosenberger, WSBA 1730
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101
Telephone:  (206) 467-6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

 */s/ Alison I. Stein*_____
Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)
919 Third Avenue
38th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA  90071
Tel:  (213) 239-5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

*\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

ORDER - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477