The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM,<br><br>　　　　Defendants. | NO.  2:20-cv-00738-TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS<br><br>Note on Motion Calendar:<br>June 26, 2020 |

This matter came before the Court on Plaintiff's Motion for Leave to Serve Process by Alternative Means.  The Court, having considered Plaintiff's submissions, and for good cause shown, now orders as follows: Plaintiff's Motion is GRANTED.  Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff shall serve Defendants by sending the Summons and Complaint via email to the addresses identified in Attachment A hereto.  Plaintiff shall file a declaration attesting to service via email having been completed by _____, 2020.

　　Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

PROPOSED ORDER - 1
No. 2:20-cv-00738

**GORDON**　600 University Street
**TILDEN**　Suite 2915
**THOMAS**　Seattle, WA  98101
**CORDELL**　206.467.6477

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

 /s/ Michael P. Brown
Michael Brown, WSBA #45618
Michael Rosenberger, WSBA 1730
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101
Telephone:  (206) 467-6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

Presented by:

**JENNER & BLOCK LLP**

 /s/ Alison I. Stein
Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)*
919 Third Avenue
38th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA  90071
Tel:  (213) 239-5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

*\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

PROPOSED ORDER - 2
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL** | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

# ATTACHMENT A

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com<br>(now Lowbr.com) | - sales@anxchip.com<br>- admin@anxchip.com<br>- pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Axiogame.com | - info@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com<br>(now Materpl.com) | - admin@falshcarda.com<br>- e2083dfc01a340dcb9cbe4309c2963bc.protect@whoisguard.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com<br>(now Brujoon.com) | - admin@mod3dscard.com<br>- pierredupont838@yahoo.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com<br>(now Agresu.com) | - admin@nx-card.com<br>- ac5c980a6c414b0e91beecf59852d1aa.protect@whoisguard.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@vip.163.com |

PROPOSED ORDER - 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| | - sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Txswitch.com | - noreply@notice.mailhz.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Usachipss.com<br>(now Nerged.com) | - admin@usachipss.com<br>- pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org<br>- 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |

PROPOSED ORDER - 4
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL**
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477