# Exhibit 1

Home > Whois Lookup > AgreSu.com

## Whois Record for AgreSu.com

How does this work?

— **Domain Profile**

| | |
|---|---|
| Registrant | WhoisGuard Protected |
| Registrant Org | WhoisGuard, Inc. |
| Registrant Country | pa |
| Registrar | NAMECHEAP INC NameCheap, Inc. IANA ID: 1068 URL: http://www.namecheap.com Whois Server: whois.namecheap.com abuse@namecheap.com (p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 8 days old Created on 2020-05-19 Expires on 2021-05-19 Updated on 0000-12-31 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains) ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| Tech Contact | WhoisGuard Protected WhoisGuard, Inc. P.O. Box 0823-03411, Panama, Panama, pa 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com (p) 5078365503 (f) 5117057182 |
| IP Address | 104.28.31.185 - 3 other sites hosted on this server |
| IP Location | California - San Francisco - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 17 changes on 17 unique IP addresses over 15 years |
| Registrar History | 1 registrar |
| Hosting History | 9 changes on 7 unique name servers over 15 years |

— **Website**

| | |
|---|---|
| Website Title | None given. |



### Tools

DomainTools Iris
More data. Better context. Faster response.
Learn More

⬇ Preview the Full Domain Report

Hosting History

Monitor Domain Properties ▾

Reverse IP Address Lookup ▾

Network Tools ▾

Buy This Domain ▾   Visit Website

### Available TLDs

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| AgreSu.com | View Whois |
| AgreSu.net | Buy Domain |
| AgreSu.org | Buy Domain |
| AgreSu.info | Buy Domain |
| AgreSu.biz | Buy Domain |
| AgreSu.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain name: agresu.com
Registry Domain ID: 2527785334_DOMAIN_COM-VRSN
Registry WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-19T08:37:23.00Z
Registrar Registration Expiration Date: 2021-05-19T08:37:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com
Name Server: ned.ns.cloudflare.com
```

```
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Home > Whois Lookup > AnXChip.com

## Whois Record for AnXChip.com

How does this work?

**– Domain Profile**

| | |
|---|---|
| Proximity Score | 29 |
| Email | abuse@namesilo.com is associated with ~3,830,177 domains |
| | pw-e8a6a0f5ab326...@privacyguardian.org |
| Registrar | NameSilo, LLC |
| | IANA ID: 1479 |
| | URL: https://www.namesilo.com/ |
| | Whois Server: whois.namesilo.com |
| | abuse@namesilo.com |
| | (p) 14805240066 |
| Registrar Status | clientTransferProhibited |
| Dates | 397 days old |
| | Created on 2019-04-26 |
| | Expires on 2021-04-26 |
| | Updated on 2020-05-23 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| | ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| IP Address | 104.31.84.91 - 600 other sites hosted on this server |
| IP Location | 🇺🇸 - Texas - Dallas - Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 13 records have been archived since 2019-04-26 |
| IP History | 3 changes on 3 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 1 year |
| Whois Server | whois.namesilo.com |

**– Website**

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 758 (Unique: 170, Linked: 608) |
| Images | 70 (Alt tags missing: 37) |
| Links | 402 (Internal: 284, Outbound: 3) |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Whois History | Hosting History |
|---|---|

Monitor Domain Properties ▾
Reverse Whois Lookup ▾
Reverse IP Address Lookup ▾
Network Tools ▾
Buy This Domain ▾ | Visit Website
Queue Screenshot for Addition

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| AnXChip.com | View Whois |
| AnXChip.net | Buy Domain |
| AnXChip.org | Buy Domain |
| AnXChip.info | Buy Domain |
| AnXChip.biz | Buy Domain |
| AnXChip.us | Buy Domain |

**Whois Record** ( last updated on 20200527 )

```
Domain Name: anxchip.com
Registry Domain ID: 2384856631_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2020-05-23T07:00:00Z
Creation Date: 2019-04-26T07:00:00Z
Registrar Registration Expiration Date: 2021-04-26T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-e8a6a0f5ab326b42853ba55ee6473cc1@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Country: US
Admin Postal Code: 85016
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-e8a6a0f5ab326b42853ba55ee6473cc1@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
```

Tech Email: pw-e8a6a0f5ab326b42853ba55ee6473cc1@privacyguardian.org
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/
>>> Last update of WHOIS database: 2020-05-27T07:00:00Z <<<

For more information on Whois status codes, please visit https://icann.org/
epp

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOI
S
database through the use of high-
volume, automated, electronic processes. The
Data in our WHOIS database is provided for information purposes only, and t
o
assist persons in obtaining information about or related to a domain name
registration record. We do not guarantee its accuracy. By submitting a WHOI
S
query, you agree to abide by the following terms of use: You agree that you
may
use this Data only for lawful purposes and that under no circumstances will
you
use this Data to: (1) allow, enable, or otherwise support the transmission
of
mass unsolicited, commercial advertising or solicitations via e-
mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes th
at
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without our
prior written consent. We reserve the right to terminate your access to the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide
by
this policy. We reserve the right to modify these terms at any time.

Domains - cheap, easy, and secure at NameSilo.com

https://www.namesilo.com

Register your domain now at www.NameSilo.com - Domains. Cheap, Fast and Sec
ure

Home > Whois Lookup > AxioGame.com

## Whois Record for AxioGame.com

How does this work?

**Domain Profile**

| | |
|---|---|
| Proximity Score | 16 |
| Email | abuse-contact@publicdomainregistry.com is associated with ~4,555,097 domains contact@privacyprotect.org is associated with ~1,429,159 domains |
| Registrar | PDR Ltd. d/b/a PublicDomainRegistry.com IANA ID: 303 URL: www.publicdomainregistry.com,http://www.publicdomainregistry.com Whois Server: whois.publicdomainregistry.com abuse-contact@publicdomainregistry.com (p) 12013775952 |
| Registrar Status | clientTransferProhibited |
| Dates | 5,605 days old Created on 2005-01-21 Expires on 2021-01-21 Updated on 2019-12-30 |
| Name Servers | NS1.AS41887.NL (has 5,375 domains) NS2.AS41887.EU (has 7 domains) NS3.AS41887.IO (has 4 domains) NS4.AS41887.IT (has 6 domains) |
| IP Address | 94.228.142.26 - 1 other site is hosted on this server |
| IP Location | - Zuid-holland - Rijswijk - Prolocation B.v. |
| ASN | AS41887 PROLOCATION Transit policy net 100, NL (registered Nov 09, 2006) |
| Domain Status | Registered And Active Website |
| Whois History | 101 records have been archived since 2007-09-11 |
| IP History | 7 changes on 7 unique IP addresses over 15 years |
| Registrar History | 3 registrars |
| Hosting History | 2 changes on 3 unique name servers over 15 years |
| Whois Server | whois.publicdomainregistry.com |

**Website**

| | |
|---|---|
| Website Title | Axiogame – Backup Units, Modchips and more |
| Server Type | Apache |
| Response Code | 200 |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain Name: AXIOGAME.COM
Registry Domain ID: 140228994_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2019-12-31T07:45:05Z
Creation Date: 2005-01-21T23:01:16Z
Registrar Registration Expiration Date: 2021-01-21T23:01:16Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.as41887.nl
```



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Preview the Full Domain Report**

**Tools**

Whois History | Hosting History

Monitor Domain Properties ▾
Reverse Whois Lookup ▾
Reverse IP Address Lookup ▾
Network Tools ▾
Buy This Domain ▾ | Visit Website



View Screenshot History

Last checked May 10, 2020

Queue Screenshot for Update

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)
☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| AxioGame.com | View Whois |
| AxioGame.net | Buy Domain |
| AxioGame.org | Buy Domain |
| AxioGame.info | Buy Domain |
| AxioGame.biz | Buy Domain |
| AxioGame.us | Buy Domain |

```
Name Server: ns2.as41887.eu
Name Server: ns3.as41887.io
Name Server: ns4.as41887.it
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/
```

Home > Whois Lookup > BrujoOn.com

## Whois Record for BrujoOn.com

How does this work?

**− Domain Profile**

| | |
|---|---|
| Registrant | WhoisGuard Protected |
| Registrant Org | WhoisGuard, Inc. |
| Registrant Country | pa |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| Registrar Status | addPeriod, clientTransferProhibited |
| Dates | 8 days old<br>Created on 2020-05-19<br>Expires on 2021-05-19<br>Updated on 0000-12-31 |
| Name Servers | DNS1.REGISTRAR-SERVERS.COM (has 6,032,631 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 6,032,631 domains) |
| Tech Contact | WhoisGuard Protected<br>WhoisGuard, Inc.<br>P.O. Box 0823-03411,<br>Panama, Panama, pa<br>dabbd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>(p) 5078365503 (f) 5117057182 |
| IP Address | 185.244.150.210 - 1 other site is hosted on this server |
| IP Location | 🇳🇱 - Zuid-holland - Capelle Aan Den Ijssel - Host Sailor Ltd. |
| ASN | 🇳🇱 AS60117 HS, AE (registered May 13, 2014) |
| Domain Status | Registered And Active Website |
| IP History | 1 change on 1 unique IP addresses over 0 years |
| Hosting History | 1 change on 2 unique name servers over 1 year |

**− Website**

| | |
|---|---|
| Website Title | None given. |
| Terms | 1,937 (Unique: 501, Linked: 791) |
| Images | 72 (Alt tags missing: 0) |
| Links | 292 (Internal: 257, Outbound: 2) |



Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties |
| Reverse IP Address Lookup |
| Network Tools |
| Buy This Domain   | Visit Website |

**Available TLDs**

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| BrujoOn.com | View Whois |
| BrujoOn.net | Buy Domain |
| BrujoOn.org | Buy Domain |
| BrujoOn.info | Buy Domain |
| BrujoOn.biz | Buy Domain |
| BrujoOn.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain name: brujoon.com
Registry Domain ID: 2527785339_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-19T08:37:27.00Z
Registrar Registration Expiration Date: 2021-05-19T08:37:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email:  abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:  dabbd50dcc9c47c2976c659c23741615.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:  dabbd50dcc9c47c2976c659c23741615.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
```

```
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:  dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com

Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Home > Whois Lookup > FlashcardA.com

## Whois Record for FlashcardA.com

How does this work?



**– Domain Profile**

| | |
|---|---|
| Proximity Score | 29 |
| Email | abuse@namecheap.com is associated with ~12,264,865 domains |
| | e2083dfc01a340dcb9cbe...@whoisguard.com |
| Registrar | NAMECHEAP INC NameCheap, Inc. |
| | IANA ID: 1068 |
| | URL: http://www.namecheap.com |
| | Whois Server: whois.namecheap.com |
| | abuse@namecheap.com |
| | (p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 427 days old |
| | Created on 2019-03-27 |
| | Expires on 2021-03-27 |
| | Updated on 2020-03-25 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| | ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| IP Address | 104.24.100.47 - 547 other sites hosted on this server |
| IP Location | 🇺🇸 - California - San Francisco - Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 12 records have been archived since 2019-03-27 |
| IP History | 25 changes on 15 unique IP addresses over 14 years |
| Registrar History | 2 registrars with 1 drop |
| Hosting History | 12 changes on 7 unique name servers over 13 years |
| Whois Server | whois.namecheap.com |

**– Website**

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |



**Tools**

Whois History | Hosting History

Monitor Domain Properties ▾

Reverse Whois Lookup ▾

Reverse IP Address Lookup ▾

Network Tools ▾

Buy This Domain ▾ | Visit Website

Queue Screenshot for Addition

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| FlashcardA.com | View Whois |
| FlashcardA.net | Buy Domain |
| FlashcardA.org | Buy Domain |
| FlashcardA.info | Buy Domain |
| FlashcardA.biz | Buy Domain |
| FlashcardA.us | Buy Domain |

**Whois Record** ( last updated on 20200527 )

```
Domain name: flashcarda.com
Registry Domain ID: 2373603942_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-26T06:18:26.87Z
Creation Date: 2019-03-27T07:01:56.00Z
Registrar Registration Expiration Date: 2021-03-27T07:01:56.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: e2083dfc01a340dcb9cbe4309c2963bc.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: e2083dfc01a340dcb9cbe4309c2963bc.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: e2083dfc01a340dcb9cbe4309c2963bc.protect@whoisguard.com
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
```

5/27/2020
flashcarda.com WHOIS, DNS, & Domain Info - DomainTools
Case 2:20-cv-00738-TSZ   Document 56-1   Filed 06/08/20   Page 11 of 27

```
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/
>>> Last update of WHOIS database: 2020-05-27T15:50:31.21Z <<<

For more information on Whois status codes, please visit https://icann.org/
epp
```

Home >  Whois Lookup >  LowBr.com

## Whois Record for LowBr.com

How does this work?

**– Domain Profile**

| | |
|---|---|
| Registrant | WhoisGuard Protected |
| Registrant Org | WhoisGuard, Inc. |
| Registrant Country | pa |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 8 days old<br>Created on 2020-05-19<br>Expires on 2021-05-19<br>Updated on 0000-12-31 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains)<br>ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| Tech Contact | WhoisGuard Protected<br>WhoisGuard, Inc.<br>P.O. Box 0823-03411,<br>Panama, Panama, pa<br>9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>(p) 5078365503 (f) 5117057182 |
| IP Address | 104.18.61.237 - 4 other sites hosted on this server |
| IP Location | - Texas - Dallas - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 30 changes on 30 unique IP addresses over 13 years |
| Registrar History | 3 registrars with 2 drops |
| Hosting History | 18 changes on 11 unique name servers over 14 years |

**– Website**

| | |
|---|---|
| Website Title | None given. |

**Whois Record ( last updated on 2020-05-27 )**

```
Domain name: lowbr.com
Registry Domain ID: 2527785333_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-19T08:37:23.00Z
Registrar Registration Expiration Date: 2021-05-19T08:37:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com
```



**DomainTools Iris**
More data. Better context.
Faster response.
Learn More

**⭳ Preview the Full Domain Report**

**Tools**

| Hosting History |
| Monitor Domain Properties |
| Reverse IP Address Lookup |
| Network Tools |
| Buy This Domain | Visit Website |



View Screenshot History

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| LowBr.com | View Whois |
| LowBr.net | Buy Domain |
| LowBr.org | Buy Domain |
| LowBr.info | Buy Domain |
| LowBr.biz | Buy Domain |
| LowBr.us | Buy Domain |

```
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice     Do Not Sell My Personal Information        © 2020 DomainTools

Home > Whois Lookup > Materpl.com

## Whois Record for Materpl.com

How does this work?



**— Domain Profile**

| | |
|---|---|
| Registrant | WhoisGuard Protected |
| Registrant Org | WhoisGuard, Inc. |
| Registrant Country | pa |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 8 days old<br>Created on 2020-05-19<br>Expires on 2021-05-19<br>Updated on 0000-12-31 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains)<br>ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| Tech Contact | WhoisGuard Protected<br>WhoisGuard, Inc.<br>P.O. Box 0823-03411,<br>Panama, Panama, pa<br>4ff71e8cfbf04d5ca16ec09eea2edea7.protect@whoisguard.com<br>(p) 5078365503 (f) 5117057182 |
| IP Address | 104.24.113.100 - 7 other sites hosted on this server |
| IP Location | - Texas - Dallas - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 1 change on 1 unique IP addresses over 0 years |
| Hosting History | 2 changes on 3 unique name servers over 0 year |

**— Website**

| | |
|---|---|
| Website Title | None given. |

### Tools

| |
|---|
| Hosting History |
| Monitor Domain Properties |
| Reverse IP Address Lookup |
| Network Tools |
| Buy This Domain   Visit Website |

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| Materpl.com | View Whois |
| Materpl.net | Buy Domain |
| Materpl.org | Buy Domain |
| Materpl.info | Buy Domain |
| Materpl.biz | Buy Domain |
| Materpl.us | Buy Domain |



**Whois Record** ( last updated on 2020-05-27 )

```
Domain name: materpl.com
Registry Domain ID: 2527785340_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-19T08:37:27.00Z
Registrar Registration Expiration Date: 2021-05-19T08:37:27.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 4ff71e8cfbf04d5ca16ec09eea2edea7.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 4ff71e8cfbf04d5ca16ec09eea2edea7.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 4ff71e8cfbf04d5ca16ec09eea2edea7.protect@whoisguard.com
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
```



DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp

Home > Whois Lookup > Mod3dScarDs.com

## Whois Record for Mod3dScarDs.com

How does this work?

**▬ Domain Profile**

| | |
|---|---|
| Proximity Score | 36 |
| Email | abuse@namesilo.com is associated with ~3,830,177 domains |
| | pw-976dca47fb95e...@privacyguardian.org |
| Registrar | NameSilo, LLC |
| | IANA ID: 1479 |
| | URL: https://www.namesilo.com/,http:/www.namesilo.com |
| | Whois Server: whois.namesilo.com |
| | abuse@namesilo.com |
| | (p) 14805240066 |
| Registrar Status | clientTransferProhibited |
| Dates | 71 days old |
| | Created on 2020-03-17 |
| | Expires on 2021-03-17 |
| | Updated on 2020-05-17 |
| Name Servers | NS1.DNSOWL.COM (has 1,262,027 domains) |
| | NS2.DNSOWL.COM (has 1,262,027 domains) |
| | NS3.DNSOWL.COM (has 1,262,027 domains) |
| IP Address | 198.251.81.30 - 18,268 other sites hosted on this server |
| IP Location | 🇺🇸 - New Jersey - Piscataway - Frantech Solutions |
| ASN | 🇺🇸 AS53667 PONYNET, US (registered Nov 19, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 4 records have been archived since 2020-05-17 |
| IP History | 4 changes on 4 unique IP addresses over 4 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 0 year |
| Whois Server | whois.namesilo.com |

**▬ Website**

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 69 (Unique: 55, Linked: 15) |
| Images | 0 (Alt tags missing: 0) |
| Links | 6 (Internal: 5, Outbound: 1) |



**Tools**

| Whois History | Hosting History |
|---|---|

Monitor Domain Properties   ▾
Reverse Whois Lookup   ▾
Reverse IP Address Lookup   ▾

Network Tools   ▾

| Buy This Domain ▾ | Visit Website |
|---|---|

Queue Screenshot for Addition

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Mod3dScarDs.com | View Whois |
|---|---|
| Mod3dScarDs.net | Buy Domain |
| Mod3dScarDs.org | Buy Domain |
| Mod3dScarDs.info | Buy Domain |
| Mod3dScarDs.biz | Buy Domain |
| Mod3dScarDs.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain Name: mod3dscards.com
Registry Domain ID: 2504574255_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2020-05-17T07:00:00Z
Creation Date: 2020-03-17T07:00:00Z
Registrar Registration Expiration Date: 2021-03-17T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTra
nsferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-976dca47fb95ec1a3c2fb70f85327e98@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-976dca47fb95ec1a3c2fb70f85327e98@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-976dca47fb95ec1a3c2fb70f85327e98@privacyguardian.org
```



```
Name Server: NS1.DNSOWL.COM
Name Server: NS2.DNSOWL.COM
Name Server: NS3.DNSOWL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice    Do Not Sell My Personal Information        © 2020 DomainTools

NerGed.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > NerGed.com

## Whois Record for NerGed.com

How does this work?

**– Domain Profile**

| | |
|---|---|
| Registrant | WhoisGuard Protected |
| Registrant Org | WhoisGuard, Inc. |
| Registrant Country | pa |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 8 days old<br>Created on 2020-05-19<br>Expires on 2021-05-19<br>Updated on 0000-12-31 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains)<br>ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| Tech Contact | WhoisGuard Protected<br>WhoisGuard, Inc.<br>P.O. Box 0823-03411,<br>Panama, Panama, pa<br>3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>(p) 5078365503 (f) 5117057182 |
| IP Address | 104.31.80.108 - 513 other sites hosted on this server |
| IP Location | - Texas - Dallas - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 3 changes on 3 unique IP addresses over 9 years |
| Registrar History | 1 registrar |
| Hosting History | 6 changes on 5 unique name servers over 9 years |

**– Website**

| | |
|---|---|
| Website Title | None given. |

**DomainTools Iris**
More data. Better context. Faster response.
Learn More

⬆ Preview the Full Domain Report

### Tools

Hosting History
Monitor Domain Properties ▼
Reverse IP Address Lookup ▼
Network Tools ▼
Buy This Domain ▼   Visit Website

### Available TLDs

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| NerGed.com | View Whois |
| NerGed.net | Buy Domain |
| NerGed.org | Buy Domain |
| NerGed.info | Buy Domain |
| NerGed.biz | Buy Domain |
| NerGed.us | Buy Domain |

---

Whois Record ( last updated on 2020-05-27 )



```
Domain name: nerged.com
Registry Domain ID: 2527785335_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-05-19T08:37:23.00Z
Registrar Registration Expiration Date: 2021-05-19T08:37:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com
```

```
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2020 DomainTools

Home > Whois Lookup > nX-Card.com

## Whois Record for nX-Card.com

How does this work?

**— Domain Profile**

| | |
|---|---|
| Proximity Score | 29 |
| Email | abuse@namecheap.com is associated with ~12,264,865 domains ac5c980a6c414b0e91bee...@whoisguard.com |
| Registrar | NAMECHEAP INC NameCheap, Inc. IANA ID: 1068 URL: http://www.namecheap.com Whois Server: whois.namecheap.com abuse@namecheap.com (p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 429 days old Created on 2019-03-25 Expires on 2021-03-25 Updated on 2020-03-25 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains) ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| IP Address | 104.28.16.91 - 629 other sites hosted on this server |
| IP Location | - California - San Francisco - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 13 records have been archived since 2019-03-25 |
| IP History | 5 changes on 5 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 4 changes on 3 unique name servers over 1 year |
| Whois Server | whois.namecheap.com |

**— Website**

| | |
|---|---|
| Website Title | 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 1,108 (Unique: 227, Linked: 662) |
| Images | 58 (Alt tags missing: 5) |
| Links | 410 (Internal: 351, Outbound: 1) |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

Whois History   Hosting History

Monitor Domain Properties ▼
Reverse Whois Lookup ▼
Reverse IP Address Lookup ▼
Network Tools ▼

Buy This Domain ▼   Visit Website

Queue Screenshot for Addition

**Available TLDs**

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| nX-Card.com | View Whois |
| nX-Card.net | Buy Domain |
| nX-Card.org | Buy Domain |
| nX-Card.info | Buy Domain |
| nX-Card.biz | Buy Domain |
| nX-Card.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain name: nx-card.com
Registry Domain ID: 2372845331_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2020-03-26T06:15:47.28Z
Creation Date: 2019-03-25T07:17:44.00Z
Registrar Registration Expiration Date: 2021-03-25T07:17:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfe
rProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ac5c980a6c414b0e91beecf59852d1aa.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ac5c980a6c414b0e91beecf59852d1aa.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
```

```
Tech Fax Ext:
Tech Email: ac5c980a6c414b0e91beecf59852d1aa.protect@whoisguard.com
Name Server: ulla.ns.cloudflare.com
Name Server: ned.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

For more information on Whois status codes, please visit https://icann.org/
epp
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice        Do Not Sell My Personal Information        © 2020 DomainTools

Home >   Whois Lookup >   sXFlashcard.com

# Whois Record for sXFlashcard.com

How does this work?



**— Domain Profile**

| | |
|---|---|
| Proximity Score | 6 |
| Email | abuse@godaddy.com is associated with ~69,889,316 domains<br>sxflashcard.com@domainsbyproxy.com |
| Registrar | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 742 days old<br>Created on 2018-05-16<br>Expires on 2021-05-16<br>Updated on 2020-05-11 |
| Name Servers | NS63.DOMAINCONTROL.COM (has 53,883,669 domains)<br>NS64.DOMAINCONTROL.COM (has 53,883,669 domains) |
| IP Address | 37.72.185.78 is hosted on a dedicated server |
| IP Location | 🇫🇮 Uusimaa - Helsinki - Inter Connects Inc |
| ASN | 🇫🇮 AS57972 JINGYUN, EU (registered Mar 22, 2012) |
| Domain Status | Registered And Active Website |
| Whois History | 23 records have been archived since 2018-05-16 |
| IP History | 3 changes on 3 unique IP addresses over 2 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 2 years |
| Whois Server | whois.godaddy.com |

**— Website**

| | |
|---|---|
| Website Title | 🌐 Buy Xecuter PRO,SX OS,R4I Gold Pro,SYY 3DS+,Stargate 3ds-SXflashcard.com - sxflashcard.com |
| Server Type | Apache/2.4.25 (Unix) OpenSSL/1.0.1e-fips |
| Response Code | 200 |
| Terms | 615 (Unique: 252, Linked: 440) |
| Images | 159 (Alt tags missing: 0) |
| Links | 337 (Internal: 265, Outbound: 4) |



DomainTools Iris
More data. Better context. Faster response.
Learn More

📥 Preview the Full Domain Report

**Tools**

Whois History    Hosting History

Monitor Domain Properties ▼
Reverse Whois Lookup ▼
Reverse IP Address Lookup ▼

Network Tools ▼

Buy This Domain ▼    Visit Website

Queue Screenshot for Addition

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| sXFlashcard.com | View Whois |
| sXFlashcard.net | Buy Domain |
| sXFlashcard.org | Buy Domain |
| sXFlashcard.info | Buy Domain |
| sXFlashcard.biz | Buy Domain |
| sXFlashcard.us | Buy Domain |

**Whois Record** ( last updated on 20200527 )

```
Domain Name: sxflashcard.com
Registry Domain ID: 2263950399_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-05-11T15:16:41Z
Creation Date: 2018-05-16T10:18:12Z
Registrar Registration Expiration Date: 2021-05-16T10:18:12Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTran
sferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdate
Prohibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewPr
ohibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDelete
Prohibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: sxflashcard.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
```

```
Admin Email: sxflashcard.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: sxflashcard.com@domainsbyproxy.com
Name Server: NS63.DOMAINCONTROL.COM
Name Server: NS64.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/
>>> Last update of WHOIS database: 2020-05-27T23:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without t
he prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particul
ar,
you agree not to use this data to allow, enable, or otherwise make possible
,
dissemination or collection of this data, in part or in its entirety, for a
ny
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

Home > Whois Lookup > TxSwitch.com

## Whois Record for TxSwitch.com

How does this work?

**Domain Profile**

| | |
|---|---|
| Proximity Score | 6 |
| Email | abuse@godaddy.com is associated with ~69,889,316 domains<br>txswitch@domainsbyproxy.com |
| Registrar | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 742 days old<br>Created on 2018-05-16<br>Expires on 2021-05-16<br>Updated on 2020-05-11 |
| Name Servers | NS63.DOMAINCONTROL.COM (has 53,883,669 domains)<br>NS64.DOMAINCONTROL.COM (has 53,883,669 domains) |
| IP Address | 47.88.60.37 - 63 other sites hosted on this server |
| IP Location | - California - San Mateo - Alicloud |
| ASN | AS45102 CNNIC-ALIBABA-US-NET-AP Alibaba (US) Technology Co., Ltd., CN (registered Feb 01, 2008) |
| Domain Status | Registered And Active Website |
| Whois History | 15 records have been archived since 2018-05-16 |
| IP History | 11 changes on 11 unique IP addresses over 2 years |
| Registrar History | 1 registrar |
| Hosting History | 3 changes on 3 unique name servers over 15 years |
| Whois Server | whois.godaddy.com |

**Website**

| | |
|---|---|
| Website Title | 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 887 (Unique: 312, Linked: 665) |
| Images | 96 (Alt tags missing: 26) |
| Links | 239 (Internal: 228, Outbound: 1) |

DomainTools Iris
More data. Better context. Faster response.
Learn More

Preview the Full Domain Report

### Tools

Whois History   Hosting History

Monitor Domain Properties
Reverse Whois Lookup
Reverse IP Address Lookup
Network Tools
Buy This Domain   Visit Website
Queue Screenshot for Addition

### Available TLDs

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| TxSwitch.com | View Whois |
| TxSwitch.net | Buy Domain |
| TxSwitch.org | Buy Domain |
| TxSwitch.info | Buy Domain |
| TxSwitch.biz | Buy Domain |
| TxSwitch.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain Name: txswitch.com
Registry Domain ID: 2263950400_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-05-11T15:16:41Z
Creation Date: 2018-05-16T10:18:12Z
Registrar Registration Expiration Date: 2021-05-16T10:18:12Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTran
sferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdate
Prohibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewPr
ohibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDelete
Prohibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: txswitch.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: txswitch.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
```

```
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: txswitch.com@domainsbyproxy.com
Name Server: NS63.DOMAINCONTROL.COM
Name Server: NS64.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/
```

Home > Whois Lookup > UsaChipss.com

## Whois Record for UsaChipss.com

How does this work?





**– Domain Profile**

| | |
|---|---|
| Proximity Score | 29 |
| Email | abuse@namesilo.com is associated with ~3,830,177 domains  pw-9e8f69b5fbbc7...@privacyguardian.org |
| Registrar | NameSilo, LLC  IANA ID: 1479  URL: https://www.namesilo.com/,http://www.namesilo.com  Whois Server: whois.namesilo.com  abuse@namesilo.com  (p) 14805240066 |
| Registrar Status | clientTransferProhibited |
| Dates | 426 days old  Created on 2019-03-28  Expires on 2021-03-28  Updated on 2020-05-21 |
| Name Servers | NED.NS.CLOUDFLARE.COM (has 21,387,271 domains)  ULLA.NS.CLOUDFLARE.COM (has 21,387,271 domains) |
| IP Address | 104.24.104.171 - 572 other sites hosted on this server |
| IP Location | - California - San Francisco - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 12 records have been archived since 2019-03-28 |
| IP History | 3 changes on 3 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 1 year |
| Whois Server | whois.namesilo.com |

**– Website**

| | |
|---|---|
| Website Title | 500 SSL negotiation failed: |
| Response Code | 500 |

### DomainTools Iris
More data. Better context. Faster responses.
Learn More

📥 Preview the Full Domain Report

### Tools

| Whois History | Hosting History |
|---|---|

| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |

| Buy This Domain ▾ | Visit Website |

Queue Screenshot for Addition

### Available TLDs

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| UsaChipss.com | View Whois |
| UsaChipss.net | Buy Domain |
| UsaChipss.org | Buy Domain |
| UsaChipss.info | Buy Domain |
| UsaChipss.biz | Buy Domain |
| UsaChipss.us | Buy Domain |

**Whois Record** ( last updated on 2020-05-27 )

```
Domain Name: usachipss.com
Registry Domain ID: 2374356512_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com
Updated Date: 2020-05-21T07:00:00Z
Creation Date: 2019-03-28T07:00:00Z
Registrar Registration Expiration Date: 2021-03-28T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTra
nsferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-9e8f69b5fbbc77736f1345f3dcd50e04@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-9e8f69b5fbbc77736f1345f3dcd50e04@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-9e8f69b5fbbc77736f1345f3dcd50e04@privacyguardian.org
Name Server: ned.ns.cloudflare.com
Name Server: ulla.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
```

.net/

For more information on Whois status codes, please visit https://icann.org/
epp

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information       © 2020 DomainTools