# Exhibit 3





Xecuter SX Pro
★★★★★ 31 reviews
$47.99
Add to cart

Xecuter SX OS
★★★★★ 24 reviews
$30.66
Add to cart

R4S Dongle
★★★★★ 12 reviews
$18.50
Add to cart

N2 Elite
★★★★★ 7 reviews
$89.20
Add to cart

Sky3ds plus
★★★★★ 18 reviews
$78.99
Add to cart

## BESTSELLER

Xecuter SX Pro
★★★★★ 31 reviews
$47.99
Add to cart

R4i Gold 3DS Plus
★★★★★ 16 reviews
$21.88
Add to cart

Xecuter SX OS
★★★★★ 24 reviews
$30.66
Add to cart

Sky3ds plus
★★★★★ 18 reviews
$78.99
Add to cart

R4S Dongle
★★★★★ 12 reviews
$18.50
Add to cart

## POPULAR CATEGORIES

FOR NINTENDO SWITCH | FOR NINTENDO 3DS | FOR NINTENDO DS | FOR GBA/GB/GBC CONS... | FOR SNES CLASSIC | FOR PLAYSTATION MINI

Xecuter SX Pro
★★★★★ 31 reviews
$47.99
Add to cart

Xecuter SX OS
★★★★★ 24 reviews
$30.66
Add to cart

R4S Dongle
★★★★★ 12 reviews
$18.50
Add to cart

N2 Elite
★★★★★ 7 reviews
$89.20
Add to cart

Xecuter SX Gear
★★★★★ 7 reviews
$32.88
Add to cart



SALES@ANXCHIP.COM
CONTACT VIA MAIL

WORKING TIME
MON - SUN: 8.00 - 18.00

FREE SHIPPING
EXCLUDES HIGH VALUE SKY3DS+

MONEY BACK 100%
WITHIN 30 DAYS AFFTER DELIVERY

CATEGORIES

FOR NINTENDO SWITCH
FOR NINTENDO DS
FOR SNES CLASSIC

FOR NINTENDO 3DS
FOR GBA/GB/GBC CONSOLE
FOR PLAYSTATION MINI

NEWSLETTER

Enter your e-mail

**STORE INFORMATION**

ANXCHIP.COM

BEST FLASHCARD STORE SHIPS FROM
US&EU 1-YEAR GUARANTEE AZUSA CA USA

HTTPS://DISCORD.GG/4HGVJY8

SALES@ANXCHIP.COM

**INFORMATION**

NEW PRODUCTS

BEST SELLERS

CONTACT US

ABOUT US

SITEMAP

**MY ACCOUNT**

MY ORDERS

MY CREDIT SLIPS

MY ADDRESSES

MY PERSONAL INFO

MY VOUCHERS

**EXTRA LINK**

SWITCH MODCHIP

3DS-FLASHCARDS USA

BUY SX PRO

SX OS INSTANT DELIVERY

COPYRIGHT © 2019 ANXCHIP.COM. ALL RIGHTS RESERVED



TAGS

Switch Lite Accessory

Crack Switch Lite     SX Lite

Crack New Nintendo Switch

Hack New Nintendo Switch

Team Xecuter Switch Lite

SX Core

Team Xecuter Sx Core



**Nintendo Switch Games...**

★★★★★ 5 revie...

**$78.00**



**NS Atmosphere**

★★★★★ 7 revie...

**$25.99**



**SX Gear**

★★★★★ 6 revie...

**$38.89**



**N2 Elite**

★★★★★ 7 revie...

**$89.99**





 Free Shipping

 Secure Payment

 Official Site

 1 year Warranty

 Refund&Return

**ABOUT STORE**

- Williston, North Dakota 58801 USA.
- https://discord.gg/BfpgeWQ
- admin@flashcarda.com

**MY ACCOUNT**

- My Orders
- My Credit Slips
- My Addresses
- My Personal Info
- My Vouchers

**INFORMATION**

- New Products
- Best Sellers
- Contact Us
- Return And Refund Policy
- About Us
- Sitemap

**CATEGORIES**

- Switch Flashcards
- 3DS Flashcard
- NDS Flashcard
- GBA/GB/GBC Flashcard
- Playstation Flashcard

Copyright © Flashcarda.com. All Rights Reserved

  







## TEAM XECUTER



## MOD DS/DSI/DS LITE



**SKULLATOR**---YouTube Influencer focuses on Video Game Consoles



SIGN UP TO **NEWSLETTER & FREE SHIPPING** FOR FIRST SHOPPING

Enter your e-mail    SUBSCRIBE



Mod3dscard is your ideal place to buy high-quality flashcards, sd cards and other 3DS/Switch accessories. Our goal is to provide every customer the most suitable product at a reasonable price, along with the quality guaranteed products, we also aim to offer all customers the first-class after sale service.

**Add:** Mod3dscard Store, Worldwide Stock located in both USA, FR and Asia

**Phone Number:** contact us via Email or Discord

**Email:** admin@mod3dscard.com

### INFORMATION

Best Sellers

Contact Us

Terms And Conditions Of Use

About US

Refund, Return And Warranty

Sitemap

### MY ACCOUNT

My Orders

My Credit Slips

My Addresses

My Personal Info

My Vouchers

### TAGS

Mod 3ds   Hack Nintendo Switch   Ds Flashcard

Sx Pro Buy   Xecuter Sx Pro

Team Xecuter Switch   Sx Os License

Sky3ds+ Skydock   Flashcard Ntrboot   N2 Elite

R4 3ds   C2m SNES Mini   Buy Classic 2 Magic

Free Shipping   USA Reseller   R4i Gold

© 2018 **MOD3DSCARD** All Rights Reserved

     

Offline





## OUR PRODUCTS

Hack Switch    Hack 3DS    Hack DS    ‹  ›



**Xecuter SX Pro**
★★★★★  28 reviews ⊜
$48.99  $57.99

**Xecuter SX OS**
★★★★★  25 reviews ⊜
$30.99  $33.99

**Xecuter SX Gear**
★★★★★  6 reviews ⊜
$31.89  $34.89

**SX Core-New Nintendo...**
★★★★★  18 reviews ⊜
$58.66  $66.66

## NEW ARRIVALS



Buy SX Core In...
$48.00



Buy SX Core from UK reliable seller. This
is to complete your Preorder for SX
Core in our site with paying $10.66, if...

Hack patched Switch&New Switch

**Coming Soon**

**Hacked!**
**Coming Soon**



Nintendo Switch Lite

**Buy SX Lite In...**

$48.00

Buy SX Lite from UK reliable seller. This
is to complete your Preorder for SX Lite in
our site with paying $11.66, if...

EZ-FLASH Junior For...

⭐⭐⭐⭐⭐ 2 reviews

$51.88 ~~$59.88~~

‹ ›

## TOP SELLERS

‹ ›









Hack patched Switch&New Switch

**Coming Soon**



Hack patched Switch&New Switch

**Coming Soon**

Xecuter SX Pro

⭐⭐⭐⭐⭐ 28 reviews

$48.99 ~~$57.99~~

Xecuter SX OS

⭐⭐⭐⭐⭐ 25 reviews

$30.99 ~~$33.99~~

SX Core-New Nintendo Switch...

⭐⭐⭐⭐⭐ 18 reviews

$58.66 ~~$66.66~~

Buy SX Core In UK|Pre-Ordered

$48.00

## FEATURED PRODUCTS

‹ ›



Xecuter SX Gear

⭐⭐⭐⭐⭐ 6 reviews

$31.89 ~~$34.89~~



Hack patched Switch&New Switch

**Coming Soon**

Buy SX Core In...

$48.00



**Hacked!**
**Coming Soon**

Lite

Buy SX Lite In...

$48.00



True Blue Mini For...

⭐⭐⭐⭐⭐ 2 reviews

$39.99



EZ-FLASH Junior For...

⭐⭐⭐⭐⭐ 2 reviews

$51.88 ~~$59.88~~



Sky3ds Plus

⭐⭐⭐⭐⭐ 9 reviews

$77.50 ~~$80.50~~



EZFLASH OMEGA

⭐⭐⭐⭐⭐ 7 reviews

$56.88 ~~$59.88~~



Xecuter SX Pro

⭐⭐⭐⭐⭐ 28 reviews

$48.99 ~~$57.99~~



Stargate 3DS

⭐⭐⭐⭐⭐ 7 reviews

$58.99 ~~$61.99~~



NEWSLETTER

Enter your e-mail

## NX-CARD.COM

NX-Card focuses on Modding Service for many years, you can find R4 3ds, Sky3ds+, Xecuter SX Pro on our site to play free DS/3DS/Switch Games, We promise NO Fake, No Clone, 100% Original Flashcard!!

Address :3014 E Granite Slope Ln Sandy, Utah 84092, USA

Email :admin@nx-card.com

Discord: https://discord.gg/BfpgeWQ

### INFORMATION

Specials

New Products

Top Sellers

Contact Us

Return And Refund Policy

About Us

Sitemap

### HACK GBA/GB/GBC

**EZFLASH OMEGA**
⭐⭐⭐⭐⭐
$56.88  $59.88

### HACK DS

**R4I SDHC Dual Core**
⭐⭐⭐⭐⭐
$16.88

### HACK 3DS

**Stargate 3DS**
⭐⭐⭐⭐⭐
$58.99  $61.99

### HACK SWITCH

**Xecuter SX Pro**
⭐⭐⭐⭐⭐
$48.99  $57.99

Copyright © NX-Card.com. All Rights Reserved





**SHOP LOCATION**

Usachipss.com is a local USA reseller, we aim to provide 100% Original flashcard, all r4 3ds card, sky3ds+, Xecuter SX Pro, and R4S Dongle are on sales on Usachipss.com, We support PayPal and credit card payment, fast delivery.

820 W BROADWAY, Williston, North Dakota 58801, USA

Discord: https://discord.gg/BfpgeWQ

admin@usachipss.com

**INFORMATION**

› Specials
› New Products
› Contact Us
› Terms And Conditions Of Use
› About Us
› Sitemap

**MY ACCOUNT**

› My Orders
› My Account
› My Credit Slips
› My Addresses
› My Personal Info
› My Vouchers

**NEWSLETTERS**

Enter your e-mail

SUBSCRIBE !

**FOLLOW US**

Copyright usachipss.com. All Rights Reserved

Design by usachipss.com