# Exhibit 4

**From:** admin@usachipss.com
**Subject:** notification usachips
**Date:** May 20, 2020 at 2:45 AM
**To:** mygreenfrog  mygreenfrog@gmail.com



Hello

Thanks much for your order, sorry to tell you that because of Nintendo lawsuit, our site will be changed to another domain, but all your orders will be shipped out as usual and please join in our Discord server https://discord.gg/BfpgeWQ to wait for our new domain, thanks much and if you want to complete the SX Core&SX Lite pre-order, wait for 24 hours later, you can continue your payment in that new site, thanks.

Best Regards
http://nerged.com

admin@usachipss.com