The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> PLAINTIFF'S CERTIFICATE OF SERVICE |

I hereby certify that on June 8, 2020, I delivered the following documents by email to Defendants in the above-captioned matter:

1. Plaintiff's Motion for Leave to Serve Process by Alternative Means, accompanying declarations and exhibits, and proposed order (Dkts. 15–17);

2. The Summons and Complaint in this action (Dkts. 1, 9);

3. The Court's recent Order Regarding Initial Disclosures (Dkt. 11).

I emailed the foregoing documents to the following addresses:

- 1
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL**  600 University Street, Suite 2915, Seattle, WA 98101  206.467.6477

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com<br>(now Lowbr.com) | - sales@anxchip.com<br>- admin@anxchip.com<br>- pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Axiogame.com | - info@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com<br>(now Materpl.com) | - admin@falshcarda.com<br>- e2083dfc01a340dcb9cbe4309c2963bc.protect@whoisguard.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com<br>(now Brujoon.com) | - admin@mod3dscard.com<br>- pierredupont838@yahoo.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com<br>(now Agresu.com) | - admin@nx-card.com<br>- ac5c980a6c414b0e91beecf59852d1aa.protect@whoisguard.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@vip.163.com<br>- sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |

- 2<br>No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL  
600 University Street  
Suite 2915  
Seattle, WA 98101  
206.467.6477

| | |
|---|---|
| Txswitch.com | - noreply@notice.mailhz.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Usachipss.com<br>(now Nerged.com) | - admin@usachipss.com<br>- pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org<br>- 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namesilo.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |

                                                                */s/ Alison I. Stein*
                                                                 Alison I. Stein

DATED this 8th day of June, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   */s/ Michael Rosenberger*
Michael Rosenberger, WSBA #17730
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, WA  98101
Tel: 206.467.6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com


**JENNER & BLOCK LLP**
Attorneys for Plaintiff

By   */s/ Alison I. Stein*
Alison J. Stein, Admitted *Pro Hac Vice*
Cayman C. Mitchell, Admitted *Pro Hac Vice*
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: 212.891.1600
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay, Admitted *Pro Hac Vice*
633 West 5th Street, Suite 3600
Los Angeles, CA  90071
Tel: 213.239.5100
clindsay@jenner.com