The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO.  2:20-cv-00738-TSZ <br><br> PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS |

Nintendo of America Inc. ("Nintendo") respectfully directs the Court's attention to the fact that Defendants have filed no opposition to the Nintendo's motion for leave to serve process by alternative means ("Motion"), Dkt. 15.  Nintendo provided Defendants with a copy of the motion—as well as the Summons and Complaint in this action—by sending it via email to the addresses that Defendants have publicly identified as the means by which to contact them, and the addresses Defendants used to communicate with Nintendo.  *See* Dkt 18.  For the reasons set forth in Nintendo's motion, and in the absence of any opposition, Nintendo requests that the motion be granted.

PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS - 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Nintendo submits herewith a slightly revised Proposed Order reflecting the email addresses that Nintendo understands to be in continued use by Defendants. This belief is based on the evidence submitted with the Motion, on certain responses received already from various of the email addresses acknowledging receipt of the Motion, and on the absence of any "undeliverable" return messages when Nintendo sent the Motion to the email addresses contained in the attached Proposed Order. In sum, Defendants would be served with the Summons and Complaint by service to the multiple email addresses used by each Defendant contained on the Proposed Order.

DATED this 26th day of June, 2020.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP | JENNER & BLOCK LLP |
| s/ *Michael Rosenberger* | s/ *Alison I. Stein* |
| Michael Brown, WSBA #45618 | Alison I. Stein (*Pro Hac Vice*) |
| Michael Rosenberger, WSBA #17730 | Cayman C. Mitchell (*Pro Hac Vice*)* |
| One Union Square | 919 Third Avenue, 38th Floor |
| 600 University Street, Suite 2915 | New York, NY  10022 |
| Seattle, WA 98101 | Telephone:  212.891.1600 |
| Telephone:  206.467.6477 | astein@jenner.com |
| mrosenberger@gordontilden.com | cmitchell@jenner.com |
| mbrown@gordontilden.com | |
| | Christopher S. Lindsay (*Pro Hac Vice*) |
| | 633 West 5th Street, Suite 3600 |
| | Los Angeles, CA  90071 |
| | Telephone:  213.239.5100 |
| | clindsay@jenner.com |
| | *Attorneys for Plaintiff Nintendo of America Inc.* |
| | *Admitted only in Massachusetts, not admitted in New York. Practicing under the supervision of the partnership of Jenner & Block, LLP |

PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE
TO SERVE PROCESS BY ALTERNATIVE MEANS - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477