The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> [REVISED PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS |

This matter came before the Court on Plaintiff's Motion for Leave to Serve Process by Alternative Means. The Court, having considered Plaintiff's submissions, and for good cause shown, now orders as follows: Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff shall serve Defendants by sending the Summons and Complaint via email to the addresses identified in Attachment A hereto. Plaintiff shall file a declaration attesting to service via email having been completed within one week of this Order.

Dated: _____        _____

Honorable Thomas S. Zilly
United States District Judge

PROPOSED ORDER - 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Presented by:                                           Presented by:

**GORDON TILDEN THOMAS &**                              **JENNER & BLOCK LLP**
**CORDELL LLP**


 /s/ Michael Rosenberger                                 /s/ Alison I. Stein
Michael Brown, WSBA #45618                              Alison I. Stein (*Pro Hac Vice*)
Michael Rosenberger, WSBA #17730                        Cayman C. Mitchell (*Pro Hac Vice*)*
One Union Square                                        919 Third Avenue
600 University Street, Suite 2915                       38th Floor
Seattle, WA 98101                                       New York, NY 10022
Telephone:  206.467.6477                                Telephone:  212.891.1600
mrosenberger@gordontilden.com                           Facsimile:  212.891.1699
mbrown@gordontilden.com                                 astein@jenner.com
                                                        cmitchell@jenner.com

                                                        Christopher S. Lindsay (*Pro Hac Vice*)
                                                        633 West 5th Street
                                                        Suite 3600
                                                        Los Angeles, CA  90071
                                                        Tel:  (213) 239-5100
                                                        clindsay@jenner.com

                                                        *Attorneys for Plaintiff Nintendo of America Inc.*

                                                        *\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

PROPOSED ORDER - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

# ATTACHMENT A

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com<br>(now Lowbr.com) | - sales@anxchip.com<br>- pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Axiogame.com | - sales@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com<br>(now Materpl.com) | - admin@flashcarda.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com<br>(now Brujoon.com) | - admin@mod3dscard.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com<br>(now Agresu.com) | - admin@nx-card.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Txswitch.com | - noreply@notice.mailzh.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com |

PROPOSED ORDER - 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| Usachipss.com (now Nerged.com) | <ul><li>admin@usachipss.com</li><li>pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org</li><li>3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com</li><li>abuse@cloudflare.com</li><li>abuse@namecheap.com</li><li>support@mail.whoisguard.com</li></ul> |

PROPOSED ORDER - 4
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477