The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO.  2:20-cv-00738-TSZ <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS |

This matter came before the Court on Plaintiff's Motion for Leave to Serve Process by Alternative Means, docket no. 15.  The Court, having considered Plaintiff's submissions, GRANTS the Motion.  Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff shall serve Defendants by sending the Summons and Complaint via email to the addresses identified in Attachment A hereto.  Plaintiff shall file a declaration attesting to service via email having been completed within one week of this Order.

Dated this 13th day of July, 2020.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1
No. 2:20-cv-00738

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Presented by:                                      Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**             **JENNER & BLOCK LLP**

 */s/ Michael Rosenberger*                          */s/ Alison I. Stein*
Michael Brown, WSBA #45618                         Alison I. Stein (*Pro Hac Vice*)
Michael Rosenberger, WSBA #17730                   Cayman C. Mitchell (*Pro Hac Vice*)*
One Union Square                                   919 Third Avenue
600 University Street, Suite 2915                  38th Floor
Seattle, WA 98101                                  New York, NY 10022
Telephone:  206.467.6477                           Telephone:  212.891.1600
mrosenberger@gordontilden.com                      Facsimile:  212.891.1699
mbrown@gordontilden.com                            astein@jenner.com
                                                   cmitchell@jenner.com

                                                   Christopher S. Lindsay (*Pro Hac Vice*)
                                                   633 West 5th Street
                                                   Suite 3600
                                                   Los Angeles, CA  90071
                                                   Tel:  (213) 239-5100
                                                   clindsay@jenner.com

                                                   *Attorneys for Plaintiff Nintendo of America Inc.*

                                                   *\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block LLP*

ORDER - 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

# ATTACHMENT A

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com<br>(now Lowbr.com) | - sales@anxchip.com<br>- pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Axiogame.com | - sales@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com<br>(now Materpl.com) | - admin@flashcarda.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com<br>(now Brujoon.com) | - admin@mod3dscard.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com<br>(now Agresu.com) | - admin@nx-card.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Txswitch.com | - noreply@notice.mailzh.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com |

ORDER - 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| Usachipss.com (now Nerged.com) | - admin@usachipss.com<br>- pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org<br>- 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |

ORDER - 4
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477