The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> DECLARATION OF ALISON I. STEIN |

Pursuant to the Court's Order Granting Plaintiff's Motion for Leave to Serve Process by Alternative Means (Dkt. 20), I hereby declare that, on July 16, 2020, I emailed Defendants in the above-captioned matter the following documents:

1. The Summons and Complaint in this action (Dkts. 1 & 9);

2. This Court's Order Granting Plaintiff's Motion for Leave to Serve Process By Alternative Means (Dkt. 20);

3. The order from the Court regarding initial disclosures and scheduling (Dkt. 11);

- 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

4. The ECF minute entry by the clerk on June 30, 2020 extending the deadlines set forth in the Court's scheduling order (Dkt. 11) by 30 days.

I emailed the foregoing documents to the following addresses:

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com (now Lowbr.com) | - sales@anxchip.com<br>- pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Axiogame.com | - sales@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com (now Materpl.com) | - admin@flashcarda.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com (now Brujoon.com) | - admin@mod3dscard.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com (now Agresu.com) | - admin@nx-card.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |

- 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

| | |
|---|---|
| Txswitch.com | - noreply@notice.mailzh.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Usachipss.com<br>(now Nerged.com) | - admin@usachipss.com<br>- pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org<br>- 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |

I declare under penalty of perjury that following is true and correct.

                                                                                      */s/ Alison I. Stein*
                                                                                          Alison I. Stein

- 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 17th day of July, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   */s/ Michael Rosenberger*
Michael Rosenberger, WSBA #17730
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, WA  98101
Tel: 206.467.6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

**JENNER & BLOCK LLP**
Attorneys for Plaintiff

By   */s/ Alison I. Stein*
Alison J. Stein, Admitted *Pro Hac Vice*
Cayman C. Mitchell, Admitted *Pro Hac Vice*
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: 212.891.1600
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay, Admitted *Pro Hac Vice*
633 West 5th Street, Suite 3600
Los Angeles, CA  90071
Tel: 213.239.5100
clindsay@jenner.com