The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> [PROPOSED] <br> ENTRY OF DEFAULT AGAINST ALL DEFENDANTS |

THIS MATTER came before the Court on Plaintiff's Motion for Entry of Default. It appearing that no Defendant has answered or otherwise defended, default is entered against each and every Defendant.

DATED this _____ day of August, 2020.

_____
Clerk of the Court

ENTRY OF DEFAULT
No. 2:20-cv-00738

**GORDON**
**TILDEN**
**THOMAS**
**CORDELL**

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

Attorneys for Plaintiff Nintendo of America Inc.

By: s/ *Michael Rosenberger*
    Michael Rosenberger, WSBA #17730
    Michael Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, WA  98101
    Telephone:  206.467.6477
    mrosenberger@gordontilden.com
    mbrown@gordontilden.com


**JENNER & BLOCK LLP**

Attorneys for Plaintiff Nintendo of America Inc.

By: s/ *Alison I. Stein*
    Alison I. Stein (*Pro Hac Vice*)
    Cayman C. Mitchell (*Pro Hac Vice*)*
    919 Third Avenue, 38th Floor
    New York, NY  10022
    Telephone:  212.891.1600
    astein@jenner.com
    cmitchell@jenner.com

    Christopher S. Lindsay (*Pro Hac Vice*)
    633 West 5th Street, Suite 3600
    Los Angeles, CA  90071
    Telephone:  213.239.5100
    clindsay@jenner.com

    *Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the partnership of Jenner & Block, LLP*

ENTRY OF DEFAULT
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477