The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM,<br><br>   Defendants. | NO.  2:20-cv-00738-TSZ<br><br>DECLARATION OF ALISON I. STEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT |

Alison I. Stein declares as follows:

1. I am a partner at Jenner & Block LLP, and am one of the attorneys representing Plaintiff Nintendo of America Inc. ("Nintendo") in this action. I make this declaration based upon personal knowledge.

2. As permitted by this Court's Order, Dkt. 20, and as I attested to in my prior declaration, Dkt. 21, Nintendo served the Summons and Complaint on all Defendants on July 16, 2020.
DECLARATION OF ALISON I. STEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3. Per Federal Rule of Civil Procedure ("Rule") 12, Defendants had 21 days to answer or otherwise respond to the Complaint. Nintendo and its counsel did not receive an answer or other responsive pleading from any Defendant within the allotted 21 days. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 11th day of August, 2020, at New York, New York.


*/s/ Alison I. Stein*
Alison I. Stein

DECLARATION OF ALISON I. STEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL**
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477