UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA INC,

          Plaintiff,

  v.

ANXCHIP.COM, et al.

          Defendants.

C20-738 TSZ

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of the Court on plaintiff Nintendo of America Inc's motion, docket no. 22, and it appearing that defendants ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM have failed to timely plead or otherwise defend in this action, default is hereby entered against:

1. ANXCHIP.COM;
2. AXIOGAME.COM;
3. FLASHCARDA.COM;
4. MOD3DSCARDS.COM;
5. NX-CARD.COM;
6. SXFLASHCARD.COM;
7. TXSWITCH.COM; and
8. USACHIPSS.COM

IT IS SO ORDERED.

DATED this 19th day of August, 2020.

          WILLIAM M. MCCOOL, Clerk

          By: /s/ Karen Dews
              Deputy Clerk

ORDER OF DEFAULT - 1