The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> DECLARATION OF ALISON I. STEIN |

1. I am a partner at Jenner & Block LLP, and am one of the attorneys representing Plaintiff Nintendo of America Inc. ("Nintendo") in this action. I make this declaration based upon personal knowledge.

2. On May 15, 2020, Nintendo filed its Complaint in this action.

3. Following the filing of this lawsuit, the video game industry media widely covered the lawsuit, including in press outlets Defendants are likely to have read. *See* Decl. of Jacqueline Knudson ("Knudson Decl."), Dkt. 16 ¶¶ 12–14.

- 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

4. Further, Defendants took actions that demonstrated they were aware of the claims alleged against them. Defendants operating several of the websites emailed their customers or posted messages to chatrooms explicitly referencing the lawsuit. Many of the websites enumerated in the Complaint "domain-hopped" to other URLs in an effort to avoid enforcement. Following the initiation of this case, ANXCHIP.COM became LOWBR.COM, FLASHCARDA.COM became MATERPL.COM, MOD3DSCARDS.COM became BRUJOON.COM, and NXCARD.COM became AGRESU.COM. *See* Knudson Decl. ¶¶ 15–16, 18.

5. Nintendo filed its Motion for Leave to Serve Process by Alternative Means on June 8, 2020 (Dkt. 15). At that time, I emailed Defendants with those motion papers as well as the Summons and Complaint (Certificate of Service, Dkt. 18).

6. As permitted by this Court's Order, Dkt. 20, and as I attested to in a prior declaration, Dkt. 21, Nintendo served the Summons and Complaint on all Defendants on July 16, 2020.

7. Per Federal Rule of Civil Procedure 12, Defendants had 21 days to answer or otherwise respond to the Complaint. Nintendo and its counsel did not receive an answer or other responsive pleading from any Defendant within the allotted 21 days.

8. Because the Defendants did not answer or otherwise respond to the Complaint, Nintendo moved for entry of default against all Defendants on August 11, 2020. Motion for Default, Dkt. 22; Decl. of Alison Stein, Dkt. 23.

9. The Clerk of Court entered default against all Defendants on August 19, 2020 (Clerk's Order of Default, Dkt. 24).

I declare under penalty of perjury that foregoing is true and correct.

- 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

SIGNED this 4th day of September, 2020.

                                      */s/ Alison I. Stein*
                                      Alison I. Stein

- 3
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL**
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 4th day of September, 2020.

           **GORDON TILDEN THOMAS & CORDELL LLP**
           Attorneys for Plaintiff

By   */s/ Michael Rosenberger*
       Michael Rosenberger, WSBA #17730
       Michael P. Brown, WSBA #45618
       600 University Street, Suite 2915
       Seattle, WA 98101
       Tel: 206.467.6477
       mrosenberger@gordontilden.com
       mbrown@gordontilden.com


**JENNER & BLOCK LLP**
Attorneys for Plaintiff

By   */s/ Alison I. Stein*
       Alison J. Stein, Admitted *Pro Hac Vice*
       Cayman C. Mitchell, Admitted *Pro Hac Vice*
       919 Third Avenue, 38th Floor
       New York, NY 10022
       Tel: 212.891.1600
       astein@jenner.com
       cmitchell@jenner.com

       Christopher S. Lindsay, Admitted *Pro Hac Vice*
       633 West 5th Street, Suite 3600
       Los Angeles, CA 90071
       Tel: 213.239.5100
       clindsay@jenner.com