UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA INC,

        Plaintiff,

  v.

ANXCHIP.COM, et al.,

        Defendants.

C20-738 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has reviewed Plaintiff's Motion for Default Judgment and Entry of a Permanent Injunction, docket no. 25. The Court DEFERS ruling on this Motion and DIRECTS Plaintiff to file supplemental briefing addressing whether the Court can enter a partial default judgment without notice of voluntary dismissal of the claims against Defendant Does 1–20.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 24th day of September, 2020.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1