The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., | NO. 2:20-cv-00738-TSZ |
| Plaintiff, | |
| v. | DECLARATION OF ALISON I. STEIN |
| DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, | |
| Defendants. | |

I hereby declare that, on October 8, 2020, I emailed Defendants in the above-captioned matter the Court's Judgment and Permanent Injunction. *See* Dkt. 28, ¶ 9. I emailed the Judgment and Permanent Injunction to the following addresses:

| Defendant | Associated Email Addresses |
|---|---|
| Anxchip.com (now Lowbr.com) | • sales@anxchip.com<br>• pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org<br>• 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>• abuse@cloudflare.com<br>• abuse@namecheap.com<br>• support@mail.whoisguard.com |

- 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

| Axiogame.com | <ul><li>sales@axiogame.com</li><li>service@wintopay.com</li><li>1603813102@qq.com</li><li>contact@privacyprotect.org</li><li>abuse-contact@publicdomainregistry.com</li></ul> |
|---|---|
| Flashcarda.com (now Materpl.com) | <ul><li>admin@flashcarda.com</li><li>9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com</li><li>abuse@cloudflare.com</li><li>abuse@namecheap.com</li><li>support@mail.whoisguard.com</li></ul> |
| Mod3dscards.com (now Brujoon.com) | <ul><li>admin@mod3dscard.com</li><li>yellanna@yahoo.com</li><li>pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org</li><li>dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com</li><li>abuse@cloudflare.com</li><li>abuse@namecheap.com</li><li>support@mail.whoisguard.com</li></ul> |
| Nx-card.com (now Agresu.com) | <ul><li>admin@nx-card.com</li><li>12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com</li><li>abuse@cloudflare.com</li><li>abuse@namecheap.com</li><li>support@mail.whoisguard.com</li></ul> |
| Sxflashcard.com | <ul><li>spielking@outlook.com</li><li>qiumin2019@yeah.net</li><li>sxflashcard@163.com</li><li>sxflashcard.com@domainsbyproxy.com</li><li>abuse@godaddy.com</li></ul> |
| Txswitch.com | <ul><li>noreply@notice.mailzh.com</li><li>teamxecutersx@163.com</li><li>txswitch.com@domainsbyproxy.com</li><li>abuse@godaddy.com</li></ul> |
| Usachipss.com (now Nerged.com) | <ul><li>admin@usachipss.com</li><li>pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org</li><li>3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com</li><li>abuse@cloudflare.com</li><li>abuse@namecheap.com</li><li>support@mail.whoisguard.com</li></ul> |

- 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

I declare under penalty of perjury that following is true and correct.

/s/ *Alison I. Stein*
Alison I. Stein

- 3
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 9th day of October, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   */s/ Michael Rosenberger*
Michael Rosenberger, WSBA #17730
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, WA 98101
Tel: 206.467.6477
mrosenberger@gordontilden.com
mbrown@gordontilden.com

**JENNER & BLOCK LLP**
Attorneys for Plaintiff

By   */s/ Alison I. Stein*
Alison J. Stein, Admitted *Pro Hac Vice*
Cayman C. Mitchell, Admitted *Pro Hac Vice*
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: 212.891.1600
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay, Admitted *Pro Hac Vice*
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: 213.239.5100
clindsay@jenner.com