# Exhibit 1



♥1.Feature items buy two free shipping
♥2.Full order amount $1 minus $1,Full order amount $100 minus $5,
Full order amount $200 minus $10 (10.15-10.20)
♥3.Orders over US$400,DHL free shipping
♥4.Now sx core and sx lite are in stock. Buy first, ship first.

Login / Register    Tracking    USD



SX Core,SX Lite

You have 0 item in your cart

HOME    🎮TEAM-XECUTER    🎮MOD NS    🎮SWITCH ACCESSORIES    🌀FEATURE    🖥REVIEW INVITATION    📋BLOG    🎁PROMOTION



YW Express Shipping
Shipped within 24 hours. 6-12 business days to sign

PayPal
MasterCard   VISA   AMERICAN EXPRESS   JCB

Online customer service:
Beijing time
9:00 am - 18:00 pm

**HOT SALES   /   SUPER DEALS   /   NEW ARRIVALS   /   TOP SELLERS**

     

| | | | | |
|---|---|---|---|---|
| 2020 Gift Christmas Mask Decoration Personalize... | Christmas Ornaments Mask Decorations Santa New ... | In Stock | Xecuter SX Core For Hacking Nintendo... | animal crossing Amibo Card NEW RV card full set... | NFC Tag Game Cards for Animal Crossing - 18pcs ... |
| **US$ 6.99** | **US$ 4.19 ~ US$ 5.99** | **US$ 59.99** | **US$ 30.99** | **US$ 21.99** |
| **Free Shipping** | | | | |

    

| | | | | |
|---|---|---|---|---|
| Xecuter SX Core For Hacking New and Unpatch Nin... | Xecuter SX Lite For Hacking Nintendo Switch Lit... | Epidemic Protection Hat Anti Saliva Fog UV Hat ... | 50 Pes Blue Disposable Face Mask Earloop Mouth ... | Candy color 1:1 AIRPODS CLONE wireless Bluetoot... |
| **US$ 59.99** | **US$ 59.99** | **US$ 14.99** | **US$ 4.00** | **US$ 49.99** |



Airpods 1:1 wireless Bluetooth charging headpho...

**US$ 69.99**



Xecuter SX Pro Nintendo Switch Modchip kit-In S...

**US$ 53.98**



XECUTER SX OS LICENSE CODE - IN STOCK[FAST SHIP...

**US$ 28.83** US$ 31.00

07:48:37

Free Shipping



XECUTER SX Gear Perfect Soltuion for SX OS On N...

**US$ 34.98** US$ 38.87

07:48:37



Switch Payloads RCM Loader Jig Injector, Cochan...

**US$ 16.99**





5 PCS-XECUTER SX OS LICENSE CODE - IN STOCK[FAS...

**US$ 140.00**

10 PCS- XECUTER SX OS LICENSE CODE - IN STOCK[F...

**US$ 278.00**



2018 R4iSDHC RTS Lite Silver Gold White Flashca...

**US$ 15.99**



STARGATE 3DS| Play Free DS And 3DS Games

**US$ 69.90**



True Blue Mini - The Plug & Play addon for your...

**US$ 17.45** US$ 19.39

05:48:37





**DEALS**



XECUTER SX OS LICENSE CODE - IN STOCK[FAST SHIP...

**US$ 28.83** US$ 31.00

07:48:37

Free Shipping



XECUTER SX Gear Perfect Solution for SX OS On N...

**US$ 34.98** US$ 38.87

07:48:37



True Blue Mini - The Plug & Play addon for your...

**US$ 17.45** US$ 19.39

05:48:37



New R4S Dongle Flashcard for Nintendo Switch Ha...

**US$ 18.35** US$ 22.38

05:48:37

**POPULAR SEARCHES**

sx os license    SX Core    SX Lite    TEAM XECUTER PRO    SX PRO    SX OS    OS TEAM XECUTER    Satrgate 3DS    sky3ds    R4i Gold 3DS    Switch    3DS    Switch Case    iPhone X Case    Mirco SD Card    Switch Accessories    3DS Accessories



**COMPANY INFO**
- Feedback
- Customer Reviews
- About Us
- Contact Us
- Refund, Return and Warranty
- News

**USER CENTER**
- Forget Password
- My Orders
- Tracking Order
- My Account
- Register

**PAYMENT & SHIPPING**
- Customs & Taxes
- Locations We Ship To
- Shipping Methods
- Payment Methods

**CONTACT US**
For quick reply,pls click

**NEWSLETTER**
Subscribe To Our Newsletter

Subscribe

Copyright © 2019 txswitch.com. All Rights Reserved.

51La