# Exhibit 2



♥1.Feature items buy two free shipping
♥2.Full order amount $1 minus $1,Full order amount $100 minus $5, Full order amount $200 minus $10 (11.22-11.28)
♥3.Orders over US$400,DHL free shipping
♥4.Now sx core and sx lite are in stock. Buy first, ship first.

Login / Register    Tracking    USD



SX Core,SX Lite

You have 0 item in your cart

**HOME**  🎮TEAM-XECUTER  🎮MOD NS  🎮SWITCH ACCESSORIES  🎁FEATURE  😀REVIEW INVITATION  📒BLOG  🎁PROMOTION



    

**HOT SALES**    /    SUPER DEALS    /    NEW ARRIVALS    /    TOP SELLERS


2020 Gift Christmas Mask Decoration Personalize...
US$ 6.99
Free Shipping


Christmas Ornaments Mask Decorations Santa New ...
US$ 4.19 ~ US$ 5.99


In Stock | Xecuter SX Core For Hacking Nintendo...
US$ 59.99


animal crossing Amibo Card NEW RV card full set ...
US$ 30.99


NFC Tag Game Cards for Animal Crossing - 18pcs ...
US$ 21.99


Xecuter SX Core For Hacking New and Unpatch Nin...
US$ 59.99


Xecuter SX Lite For Hacking Nintendo Switch Lit...
US$ 59.99


Epidemic Protection Hat Anti Saliva Fog UV Hat ...
US$ 14.99


50 Pcs Blue Disposable Face Mask Earloop Mouth ...
US$ 4.00



Candy color 1:1 AIRPODS CLONE wireless Bluetoot...
US$ 49.99


Airpods 1:1 wireless Bluetooth charging headpho...
US$ 69.99


Xecuter SX Pro Nintendo Switch Modchip kit-In S...
US$ 53.98


XECUTER SX OS LICENSE CODE - IN STOCK[FAST SHIP...
US$ 28.83  US$ 31.00


XECUTER SX Gear Perfect Solution for SX OS On N...
US$ 34.98  US$ 38.87


Switch Payloads RCM Loader Jig Injector, Cochan...
US$ 16.99







| | | | | |
|---|---|---|---|---|
| 07:32:33 Free Shipping | 07:32:33 | | | |
| 5 PCS-XECUTER SX OS LICENSE CODE - IN STOCK[FAS... | 10 PCS- XECUTER SX OS LICENSE CODE - IN STOCK[F... | 2018 R4ISDHC RTS Lite Silver Gold White Flashca... | STARGATE 3DS| Play Free DS And 3DS Games | True Blue Mini - The Plug & Play addon for your... |
| US$ 140.00 Free Shipping | US$ 278.00 Free Shipping | US$ 15.99 | US$ 69.90 | US$ 19.39 |




**DEALS**




| | |
|---|---|
| XECUTER SX OS LICENSE CODE - IN STOCK[FAST SHIP... | XECUTER SX Gear Perfect Solution for SX OS On N... |
| US$ 28.83 US$ 31.00 07:32:30 Free Shipping | US$ 34.98 US$ 38.87 07:32:30 |

**POPULAR SEARCHES**

sx os license   SX Core   SX Lite   TEAM XECUTER PRO   SX PRO   SX OS   OS TEAM XECUTER   Satrgate 3DS   sky3ds   R4i Gold 3DS   Switch   3DS   Switch Case   iPhone X Case   Mirco SD Card   Switch Accessories   3DS Accessories



| COMPANY INFO | USER CENTER | PAYMENT & SHIPPING | CONTACT US | NEWSLETTER |
|---|---|---|---|---|
| ● Feedback | ● Forget Password | ● Customs & Taxes | For quick reply,pls click Instant Chat Button | Subscribe To Our Newsletter |
| ● Customer Reviews | ● My Orders | ● Locations We Ship To | | |
| ● About Us | ● Tracking Order | ● Shipping Methods | | |
| ● Contact Us | ● My Account | ● Payment Methods | | Subscribe |
| ● Refund, Return and Warranty | ● Register | | | |
| ● News | | | | |

Copyright © 2019 txswitch.com. All Rights Reserved.

Scroll the content in the selected area
Stop

51La



Case 2:20-cv-00738-TSZ   Document 31-2   Filed 11/16/20   Page 5 of 5