# Exhibit 3

Home > Whois Lookup > sTxWitch.com

# Whois Record for sTxWitch.com

How does this work?

**– Domain Profile**

| | | |
|---|---|---|
| **Proximity Score** | 15 | |
| **Email** | abuse@godaddy.com is associated with ~70,622,296 domains<br>stxwitch.com@domainsbyproxy.com | |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 | |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited | |
| **Dates** | 12 days old<br>Created on 2020-10-15<br>Expires on 2022-10-15<br>Updated on 2020-10-15 | |
| **Name Servers** | NS47.DOMAINCONTROL.COM (has 55,751,004 domains)<br>NS48.DOMAINCONTROL.COM (has 55,751,004 domains) | |
| **IP Address** | 47.88.78.53 - 48 other sites hosted on this server | |
| **IP Location** | - California - San Mateo - Alicloud | |
| **ASN** | AS45102 CNNIC-ALIBABA-US-NET-AP Alibaba (US) Technology Co., Ltd., CN (registered Feb 01, 2008) | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 7 records have been archived since 2020-10-15 | |
| **IP History** | 1 change on 1 unique IP addresses over 0 years | |
| **Hosting History** | 1 change on 2 unique name servers over 0 year | |

**– Website**

| | | |
|---|---|---|
| **Website Title** | None given. | |

**Whois Record** ( last updated on 2020-10-27 )

```
Domain Name: stxwitch.com
Registry Domain ID: 2565976842_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-10-15T09:17:35Z
Creation Date: 2020-10-15T09:17:35Z
Registrar Registration Expiration Date: 2022-10-15T09:17:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: stxwitch.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: stxwitch.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: stxwitch.com@domainsbyproxy.com
```





DomainTools Iris
More data. Better context. Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

| Whois History | Hosting History |
|---|---|
| Monitor Domain Properties | ▾ |
| Reverse Whois Lookup | ▾ |
| Reverse IP Address Lookup | ▾ |
| Network Tools | ▾ |
| Buy This Domain ▾ | Visit Website |

Queue Screenshot for Addition

**Available TLDs**

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| sTxWitch.com | View Whois |
|---|---|
| sTxWitch.net | Buy Domain |
| sTxWitch.org | Buy Domain |
| sTxWitch.info | Buy Domain |
| sTxWitch.biz | Buy Domain |
| sTxWitch.us | Buy Domain |

```
Name Server: NS47.DOMAINCONTROL.COM
Name Server: NS48.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic
.net/

TERMS OF USE: The data contained in this registrar's Whois database, while
believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranti
es regarding its
accuracy. This information is provided for the sole purpose of assisting yo
u in obtaining
information about domain name registration records. Any use of this data fo
r any other purpose

is expressly forbidden without the prior written permission of this registr
ar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In partic
ular, you agree not

to use this data to allow, enable, or otherwise support the dissemination o
r collection of
this
data, in part or in its entirety, for any purpose, such as transmission by
e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial adver
tising or
solicitations
of any kind, including spam. You further agree not to use this data to enab
le high volume,
automated
or robotic electronic processes designed to collect or compile this data fo
r any purpose,
including
mining this data for your own personal or commercial purposes. Failure to c
omply with these
terms
may result in termination of access to the Whois database. These terms may
be subject to
modification
at any time without notice.
```

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2020 DomainTools