# Exhibit 4

```
  var s,c,o=smartsupp=function(){ o._.push(arguments)};o._=[];
  s=d.getElementsByTagName('script')[0];c=d.createElement('script');
  c.type='text/javascript';c.charset='utf-8';c.async=true;
  c.src='https://www.smartsuppchat.com/loader.js?';s.parentNode.insertBefore(c,s);
})(document);
</script>
<!--Online Chat-->
<!--pinterst-->
<meta name="p:domain_verify" content="49befdd8628026f3e32df20a2a88bd31"/>
<!--pinterst-->
<!--Mcafee secure-->
<script type="text/javascript" src="https://cdn.ywxi.net/js/1.js" async></script>
<!--Mcafee secure-->
<!--html_font-->
<style>
html,body,input,textarea,select,button{font-family:Lucida Grande;}
</style>

<!--html_font-->

    </head>
    <body>

    <div id="top_box">
        <div class="wapper">
            <div class="fl welcome" ymcart_ve_tag='diy_top_left_txt' ymcart_ve_type='textedit' >
</div>
            <ul class="shartto" ymcart_ve_tag='diy_bom_sns_text' ymcart_ve_type='snsedit' ><li><a rel="nofollow" class="icon-facebook" href="https://www.facebook.com/Txswitch-1839578759496794/?modal=admin_todo_tour" target="_blank"></a></li><li><a rel="nofollow" class="icon-pinterest" href="https://www.pinterest.de/0xhxaajevubs7nqfk7t9bgj4v2ad37/boards/" target="_blank"></a></li></ul>
            <div class="fr top_rt_box">
                <div class="top_rt currency_box"><div class="currency_txt" id='currencyBox' style='padding-bottom: 20px;'>USD<i class="iconfont icon-arrows-copy"></i></div>
<div class="dropdown drop_currency" id='currencyCon'>
    <i class="arr"></i>
    <ul class="currency">

               <li>
            <a rel="nofollow" href="/h-module-currency.html?currency=USD">
                <b>US$</b><span>USD</span>
            </a>
        </li>

               <li>
            <a rel="nofollow" href="/h-module-currency.html?currency=EUR">
                <b>€</b><span>EUR</span>
            </a>
        </li>

               <li>
            <a rel="nofollow" href="/h-module-currency.html?currency=GBP">
                <b>£</b><span>GBP</span>
            </a>
        </li>

    </ul>
```

```
                        keywords = format_keywords(keywords);
                        if(keywords != ""){
                        location.href = '/Search-' + keywords + '/list-r1.html';
                        return false;}
                    });
                    $('#btn-autocomplete').click(function() {
                        var keywords = $('#autocomplete-ajax').val();
                        keywords = format_keywords(keywords);
                        if(keywords != ""){
                        location.href = '/Search-' + keywords + '/list-r1.html';
                        return false;}
                    });
                    $(function(){
                        $(".calloff").click(function(){
                            $("#autocomplete-ajax").val("");
                        });
                                            });
                </script>
                </div>

            </div>
            <div class="header_rt fr">
                <div class="cart_box">

                    <div class="cart_txt" id='Carts' style="padding-bottom:10px;">
                        <i class="iconfont icon-shoppingbag"></i>
                        <span><a href="/shopcart.html">You have <strong class="red"
id="shopping_cart_count">0</strong>  item in your cart</a></span>
                    </div>

                    <div class="cart_dropdown dropdown cart" id='CartsCon'>
                        <div id="minicartlist"><div class="minicart_empty">Loadding...</div>
</div>
                    </div>
                </div>
                <div class="clear0"></div>
            </div>
            <div class="clearboth"></div>

        </div>
        <div class="clear"></div>
        <div id="nav_wrapper" class="nav_warp"><div class="nav_box"
ymcart_ve_tag='diy_top_nav_json' ymcart_ve_type='navjson' ><ul class="nav"
ymcart_ve_tag='diy_top_nav_json' ymcart_ve_type='navjson' >

      <li>

    <a href="/">Home</a>
    <ul class="sub_nav dropdown dropdown_cate">
            </ul>
</li>

      <li>

    <a href="/Team-Xecuter-c44103.html">🎮Team-Xecuter</a>
    <ul class="sub_nav dropdown dropdown_cate">
                <li><a href="/Xecuter-SX-OS-Core-For-Hacking-Nintendo-Switch-Shipped-at-the-end-
of-April-p1784810.html">SX CORE</a></li>
                <li><a href="/Xecuter-SX-OS-Lite-For-Hacking-Nintendo-Switch-Shipped-at-the-end-
of-April-p1805244.html">SX LITE</a></li>
                <li><a href="https://www.txswitch.com/XECUTER-SX-OS-LICENSE-CODE-IN-STOCK%5BFAST-
SHIPPING%5D-p929239.html">SX OS</a></li>
                <li><a href="https://www.txswitch.com/Xecuter-SX-Pro-Nintendo-Switch-Modchip-kit-
In-Stock-Now-p930552.html">SX PRO</a></li>
```

```
                <li><a href="https://www.txswitch.com/h-product-detail.html?goods_id=989625">SX JIG</a></li>
                <li><a href="https://www.txswitch.com/h-product-detail.html?goods_id=971778">SX GEAR</a></li>
                <li><a href="https://www.txswitch.com/5-PCS-XECUTER-SX-OS-LICENSE-CODE-IN-STOCK%5BFAST-SHIPPING%5D-p930571.html">5 PCS- SX OS</a></li>
                <li><a href="https://www.txswitch.com/10-PCS-XECUTER-SX-OS-LICENSE-CODE-IN-STOCK%5BFAST-SHIPPING%5D-p930568.html">10 PCS- SX OS</a></li>
            </ul>
</li>

      <li>

    <a href="/MOD-NINTENDO-SWITCH-c47759.html">🎮Mod NS</a>
    <ul class="sub_nav dropdown dropdown_cate">
                <li><a href="https://www.txswitch.com/Switch-Payloads-RCM-Loader-Jig-Injector-Cochanvie-Portable-Dongle-p1216435.html">Rcm Loader </a></li>
                <li><a href="/3DS-Flashcard-c47762.html">3DS Flashcard</a></li>
                <li><a href="https://www.txswitch.com/New-R4S-Dongle-Flashcard-for-Nintendo-Switch-Hacking-p962364.html">R4S Dongle</a></li>
                <li><a href="/True-Blue-Mini-c53864.html">True Blue Mini</a></li>
            </ul>
</li>

      <li>

    <a href="/Switch-Accessories-c44113.html">🎮Switch Accessories</a>
    <ul class="sub_nav dropdown dropdown_cate">
            </ul>
</li>

      <li>

    <a href="/Feature-c57032.html">🌈Feature</a>
    <ul class="sub_nav dropdown dropdown_cate">
            </ul>
</li>

      <li>

    <a href="">Review Invitation</a>
    <ul class="sub_nav dropdown dropdown_cate">
                <li><a href="/United-States-c57031.html">United States</a></li>
                <li><a href="/United-Kingdom-c57030.html">United Kingdom</a></li>
                <li><a href="/Germany-c57029.html">Germany</a></li>
                <li><a href="/France-c57028.html">France</a></li>
                <li><a href="/Italy-c57027.html">Italy</a></li>
                <li><a href="/Spain-c57026.html">Spain</a></li>
            </ul>
</li>

      <li>

    <a href="https://stxwitch.com/Article/list-r1.html">Blog</a>
    <ul class="sub_nav dropdown dropdown_cate">
                <li><a href="https://www.txswitch.com/article-1.html">News</a></li>
                <li><a href="https://www.txswitch.com/Payment-Methods-a3773.html">About payment</a></li>
                <li><a href="https://www.txswitch.com/Shipping-Methods-n129694.html">About shipment</a></li>
            </ul>
</li>

      <li>

```

```
</style>
<div class='_ymcart_coupon_box'>
    <div class='_ymcart_coupon_bg'></div>
    <div class='_ymcart_coupon_overlay'>
        <div class="_ymcart_coupon_top">
            <div class='_ymcart_coupon_title' ymcart_coupon_ve_tag='diy_title'></div>
            <div class='_ymcart_coupon_descript' ymcart_coupon_ve_tag='diy_descript'></div>
        </div>
        <div class="_ymcart_coupon_code"><div class="bglist coupon_code">######</div><i
class="scissors_icon"></i></div>
        <div class="_ymcart_coupon_share">
            <a href="" target="_blank" class="facebook"><img
src="//us01.imgcdn.ymcart.com/0/edm/popup_coupon/facebook.png" /></a>
            <a href="" target="_blank" class="twitter"><img
src="//us01.imgcdn.ymcart.com/0/edm/popup_coupon/twitter.png" /></a>
            <a href="" target="_blank" class="google"><img
src="//us01.imgcdn.ymcart.com/0/edm/popup_coupon/googleplus.png" /></a>
        </div>
        <div class="_ymcart_coupon_mid">
            <div class='_ymcart_coupon_form'>
                <input class="email_coupon_input" ymcart_coupon_ve_tag='diy_input_title'
type="text" name="" placeholder="" value="" />
                <input class="email_coupon_btn" type="button" name=""
ymcart_coupon_ve_tag="diy_button_title" value="Subscribe"
ymcart_coupon_ve_class="diy_button_class" />
            </div>
        </div>
        <div class='_ymcart_coupon_close_button'>
            <svg version="1.1" id="Layer_1" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" x="0px" y="0px"
             width="32px" height="32px" viewBox="0 0 64 64" enable-background="new 0 0 64 64"
xml:space="preserve">
            <g id="CLOSE_1_" enable-background="new">
                <g id="CLOSE">
                    <g>
                        <path d="M36.243,32l11.879-11.879C48.664,19.579,49,18.828,49,18c0-1.657-
1.343-3-3-3c-0.828,0-1.578,0.336-2.121,0.879
                            L32,27.757L20.121,15.879C19.578,15.336,18.828,15,18,15c-1.657,0-
3,1.343-3,3c0,0.828,0.336,1.578,0.879,2.121L27.757,32

L15.879,43.879C15.336,44.422,15,45.172,15,46c0,1.657,1.343,3,3,3c0.828,0,1.578-0.336,2.121-
0.879L32,36.243l11.879,11.879
                            C44.422,48.664,45.172,49,46,49c1.657,0,3-1.343,3-3c0-0.828-0.336-
1.578-0.879-2.121L36.243,32z"/>
                    </g>
                </g>
            </g>
            </svg>
        </div>

    </div>
</div>
                <script type="text/javascript">
                var _ymcart_popup_coupon_vars = {"diy_title":"Share&Get 2 USD
Coupon","diy_descript":"Share&amp;Get 2 USD discount. Enter the coupon at the shopping cart page.
Valid in 3 Days.","diy_coupon_code":"TW-
Coupon","diy_display_time":"3","diy_sns_status":"1","diy_sns_text":"Hey guys,just found a awsome
website https:\/\/www.txswitch.com\/ here !!","diy_status":"1","diy_input_title":"Enter your
email","diy_button_title":"Subscribe","diy_button_class":"_ymcart_popup_yellow_email_btn","diy_su
bmit_success_tip":"Subscribe Succeed","diy_submit_failure_tip":"Subscribe
Failed","diy_email_tip":"Please enter a valid email address"};
                </script>
                <script type="text/javascript"
src="/res/manage/default/tpl/tool/popupcoupon/popup_coupon_sdk.js"></script>
                <script type="text/javascript">
```