UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA INC.,

    Plaintiff,

  v.

DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM,

    Defendants.

C20-738 TSZ

ORDER

This Court, having entered a Judgment and Permanent Injunction against Defendants Does 1–20 ("Judgment") on October 6, 2020, docket no. 28, and this matter, having come before the Court on Plaintiff's Supplemental Motion to Enforce Judgment and Permanent Injunction, docket no. 30, the Court enters the following Order.

Pursuant to Sections 502 and 1203 of the Copyright Act (17 U.S.C. §§ 502, 1203), the All Writs Act, 28 U.S.C. § 1651, and this Court's inherent equitable powers, the Court orders as follows:

ORDER - 1

(1) STXWITCH.COM is a "variant or successor" domain name as that term is used in the Judgment, docket no. 28.

(2) The Judgment applies in full force to Defendants' website at STXWITCH.COM. In other words, paragraphs 4, 5(a), 5(b), and 6 of the Judgment, docket no. 28, should be read to include STXWITCH.COM.

(3) Defendants and all third parties acting in active concert and participation with Defendants, including registrars, are ENJOINED from supporting or facilitating access to STXWITCH.COM, and are ORDERED to cease to use the domain name STXWITCH.COM and immediately transfer STXWITCH.COM to Nintendo's control.

(4) For avoidance of doubt, the Court's Judgment applies to *all* domain names controlled by Defendants through which Defendants engage in the conduct found to be unlawful in this lawsuit, whether or not the exact domain name is explicitly listed in the Judgment.

(5) Nintendo may serve this Order electronically on Defendants by sending it to the same email addresses listed in this Court's order authorizing service of process electronically. Order Granting Plaintiff's Motion for Leave to Serve Process by Alternative Means (docket no. 20).

(6) This Order constitutes a binding court order, and any violations by Defendants or third parties acting in concert and participation with Defendants will subject them to the full scope of this Court's contempt authority, including punitive, coercive, and monetary sanctions.

(7)     The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the Judgment and Permanent Injunction and this Order.  Plaintiff is not required to post any bond or security in connection with this Order, and Defendants have permanently, irrevocably, and fully waived any right to request a bond or security.

(8)     The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 25th day of November, 2020.



THOMAS S. ZILLY
United States District Judge

ORDER - 3