The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, d/b/a, ANXCHIP.COM, AXIOGAME.COM, FLASHCARDA.COM, MOD3DSCARDS.COM, NX-CARD.COM, SXFLASHCARD.COM, TXSWITCH.COM, and USACHIPSS.COM, <br><br> Defendants. | NO. 2:20-cv-00738-TSZ <br><br> DECLARATION OF ALISON I. STEIN |

I hereby declare that, on December 1, 2020, I emailed Defendants in the above-captioned matter the Court's Order Granting Plaintiff's Supplemental Motion to Enforce Judgment and Permanent Injunction (the "Order"). *See* Dkt. 32, ¶ 5. I emailed the Order to the following addresses:

| **Defendant** | **Associated Email Addresses** |
|---|---|
| Anxchip.com <br> (now Lowbr.com) | • sales@anxchip.com <br> • pw-eef7316e3dab65ef3bf48d017150bd81@privacyguardian.org <br> • 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com <br> • abuse@cloudflare.com <br> • abuse@namecheap.com |

- 1
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| | - support@mail.whoisguard.com |
| Axiogame.com | - sales@axiogame.com<br>- service@wintopay.com<br>- 1603813102@qq.com<br>- contact@privacyprotect.org<br>- abuse-contact@publicdomainregistry.com |
| Flashcarda.com<br>(now Materpl.com) | - admin@flashcarda.com<br>- 9f933c74bc1b4a9a96d1f81c89092007.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Mod3dscards.com<br>(now Brujoon.com) | - admin@mod3dscard.com<br>- yellanna@yahoo.com<br>- pw-9858d211ecf65d5b74c4d6d1d29acc7c@privacyguardian.org<br>- dabdd50dcc9c47c2976c659c23741615.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Nx-card.com<br>(now Agresu.com) | - admin@nx-card.com<br>- 12508e0218f046f787f411e2a92c8ddc.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |
| Sxflashcard.com | - spielking@outlook.com<br>- qiumin2019@yeah.net<br>- sxflashcard@163.com<br>- sxflashcard.com@domainsbyproxy.com<br>- abuse@godaddy.com |
| Txswitch.com<br>(now Stxwitch.com) | - noreply@notice.mailzh.com<br>- teamxecutersx@163.com<br>- txswitch.com@domainsbyproxy.com<br>- abuse@godaddy.com<br>- txswitch@outlook.com |
| Usachipss.com<br>(now Nerged.com) | - admin@usachipss.com<br>- pw-4a6563c6dcb030493c219c6c14125e65@privacyguardian.org<br>- 3dc9efc662604c7fa57e2936b15909ed.protect@whoisguard.com<br>- abuse@cloudflare.com<br>- abuse@namecheap.com<br>- support@mail.whoisguard.com |

- 2
No. 2:20-cv-00738

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

I declare under penalty of perjury that following is true and correct.

                                            */s/ Alison I. Stein*
                                              Alison I. Stein

- 3
No. 2:20-cv-00738

**GORDON TILDEN THOMAS CORDELL**  
600 University Street  
Suite 2915  
Seattle, WA 98101  
206.467.6477

DATED this 1st day of December, 2020.

          **GORDON TILDEN THOMAS & CORDELL LLP**
          Attorneys for Plaintiff

   By   */s/ Michael Rosenberger*
          Michael Rosenberger, WSBA #17730
          Michael P. Brown, WSBA #45618
          600 University Street, Suite 2915
          Seattle, WA  98101
          Tel: 206.467.6477
          mrosenberger@gordontilden.com
          mbrown@gordontilden.com

          **JENNER & BLOCK LLP**
          Attorneys for Plaintiff

   By   */s/ Alison I. Stein*
          Alison I. Stein, Admitted *Pro Hac Vice*
          Cayman C. Mitchell, Admitted *Pro Hac Vice*
          919 Third Avenue, 38th Floor
          New York, NY 10022
          Tel: 212.891.1600
          astein@jenner.com
          cmitchell@jenner.com

          Christopher S. Lindsay, Admitted *Pro Hac Vice*
          633 West 5th Street, Suite 3600
          Los Angeles, CA  90071
          Tel: 213.239.5100
          clindsay@jenner.com